| | GOVERNMENT EXHIBIT LIST | | | | |
|---|---|---|---|---|---|
| | United States v. James M. Schneider | | | | |
| | 17-CR-20712-FAM(s) | | | | |
| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
| | **SERIES 1** | | | | |
| 1A | Composite of Schneider Law Firm IOTA Trust Account Statements for 17 companies | Schneider law firm | | | |
| 1B | Composite of Schneider Law Firm Billing Records | Schneider law firm | | | |
| 1C | Composite of Schneider transfer agent opinion letters | Schneider law firm | | | |
| 1D | Composite of Schneider Form S-1 opinion letters | Schneider law firm | | | |
| 1E | 11-21-2012 email string among S Sanders, Schneider, and potential shell buyer regarding Fansport and mLight Tech | MBN 015144-0001486-87 | | | |
| 1F | 06-12-2013 email from S Sanders to Schneider cc Monda & McKelvey re Shopeye S-1 and Schneider opinion letter | SEC-MBN-E-0049470-49540 | | | |
| 1G | 12-02-2009 email from S Sanders to Gerald copying Schneider re mBeach Software with attached Term Sheet | MBN 015137-E-0008425 | | | |
| | | | | | |
| | **SERIES 2** | | | | |
| 2A | 03-26-2012 Stock Purchase Agreement between Schneider and DCO Capital for Game Face Gaming shares | Sanders .pst | | | |
| 2B | 03-02-2010 email from S Sanders to Schneider re Intake Form S-1 SEC comments | MBN-015138-E-0008896-8901 | | | |
| 2C | 03-03-2010 InTake response to SEC comments on Form S-1 and Schneider law firm invoice for work on S-1 comments | GAME00021-22, 128 | | | |
| 2D | 03-05-2010 Schneider Form S-1 opinion for InTake | GAME0003 | | | |
| 2E | 01-03-2011 email from Chesnutt to S Sanders and Schneider re InTake forward split/name change and delay announcement of new management | MBN 015143-0000239 | | | |
| 2F | 01-17-2011 email from Chesnutt to Lubin re InTake name change and stock split application | MBN 015144-0000917 | | | |
| 2G | 01-18-2011 email from Chesnutt to S Sanders, McKelvey and Schneider with InTake draft Form 8-K re name change and stock split | MBN 015144-0000870-873 | | | |
| 2H | 01-18-2011 email string among S Sanders, McKelvey, Chesnutt, Schneider and Lubin re InTake draft Form 8-K re name change and stock split at Schneider's request | MBN 015144-0000869 | | | |
| 2I | 01-19-2011 email from Chesnutt to Guilbert, S Sanders and Schneider re InTake Form 8-K re name change and stock split | MBN 015144-0000817 | | | |
| 2J | 01-25-2011 email from Schneider to Chesnutt, Guilbert, and S Sanders re InTake Form 8-K re name change and stock split | MBN 015144-0000761-762 | | | |
| 2K | 01-25-2011 InTake Form 8-K as filed with SEC re name change and stock split | Edgar | | | |
| 2L | 02-10-2011 Game Face Gaming Form 8-K as filed with SEC | Edgar | | | |
| 2M | 03-29-2011 email string among S Sanders, Schneider, McKelvey and Monda re Game Face Gaming and BCS opinion letters | MBN 015138-E-0009796-9801 | | | |
| 2N | 03-29-2011 email string among S Sanders, Schneider, McKelvey and Monda re Game Face Gaming and BCS opinion letters | MBN 015138-E-0009794-9795 | | | |
| 2O | 03-30-2011 email from Monda to McKelvey and S Sanders, cc Schneider, re Game Face Gaming and BCS opinion letters | Sanders .pst | | | |
| 2P | 04-01-2011 opinion letter from Schneider to Game Face Gaming and Lubin re Game Face Gaming shares | GAME 112-114 | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 2Q | 03-22-2012 email from S Sanders to Schneider cc Monda re stock purchase agreement for Schneider sale of 50,000 shares of Game Face Gaming | Sanders .pst | | | |
| 2R | 03-22-2012 email string among Schneider, S Sanders, Mirman, McKelvey, Lubin, Monda and Seidman re Game Face Gaming stock purchase agreements | Sanders .pst | | | |
| 2S | 03-22-2012 email string among Schneider, S Sanders, Mirman, McKelvey, Lubin, Monda and Englard re Game Face Gaming stock purchase agreements | Sanders .pst | | | |
| 2T | 03-26-2012 email string among Schneider, S Sanders, Mirman, McKelvey, Lubin, Grossman, and Seidman re Game Face Gaming stock sale proceeds | MBN 015143-0000624 | | | |
| 2U | Bank statement for 03-26-2012 re stock sale proceeds to Schneider, S Sanders, McKelvey, Mirman and Lubin | Chase | | | |
| 2V | Transfer agent documents re Game Face Gaming shares | Manhattan Stock Transfer | | | |
| 2W | 11-04-2010 email from Lubin to Ahearn copying S Sanders attaching Term Sheet for InTake | MBN 015138-E-0013034 - 36 | | | |
| 2X | 03-22-2012 email from Seidman to Sanders, cc Mirman-Schneider-Monda-McKelvey-Lubin, re purchase agreements to be signed, w attachments | MBN 015144-0001217 - 62 | | | |
| | | | | | |
| | **SERIES 3** | | | | |
| 3A | 04-04-2012 Opinion Letter by Lubin to transfer agent re sale by McKelvey, S Sanders, Mirman and Schneider of Game Face Gaming shares | SEC-WDCO-E-0133387-88 | | | |
| | | | | | |
| | **SERIES 4** | | | | |
| 4A | 11-21-2012 opinion letter from Schneider to DTC re Big Clix shares in the name of McKelvey | Multiple sources | | | |
| 4B | 11-21-2012 email string among Schneider, S Sanders, Monda, DTC and McKelvey re opinion letter by Schneider to DTC re Big Clix shares in the name of McKelvey | MBN 015144-0001504 - 07 | | | |
| 4C | 03-23-2011 email from Monda to S Sanders cc McKelvey re opinion letters from Schneider to transfer agent re both Big Clix and mLight Tech with attached opinions | Sanders .pst | | | |
| 4D | 07-31-2012 emails between S Sanders and Monda re Sanders request for Schneider law firm to wire Big Clix funds to BlueFlash | MBN 015138-E-0017178-79 | | | |
| 4E | 09-18-2013 email string among Schneider, McKelvey, S Sanders and buyers' counsel re Big Clix escrow agreement | CLIX0203 | | | |
| 4F | 09-18-2013 Escrow Agreement re Big Clix signed by Schneider as escrow agent | SUN0134-0143 | | | |
| 4G | 09-23-2013 email from S Sanders to Schneider, Monda, and McKelvey with instructions to distribute Big Clix funds from escrow | SEC-MBN-E-0041196-97 | | | |
| 4H | 09-23-2013 from S Sanders to Schneider, cc Miller, Monda and McKelvey, re $187,677 in open market trades of Big Clix | CLIX0222 | | | |
| 4I | 09-24-2013 Email between Schneider, Monda, Sanders, others, re open market trades of Big Clix shares for $187,677 | CLIX0226-235 | | | |
| 4J | 09-27-2013 email from Schneider to McKelvey re second escrow agreement for Big Clix shares | SEC-MBN-E-0040228 | | | |
| 4K | 10-01-2013 email from S Sanders to McKelvey re release of funds from trades in Big Clix shares | SEC-MBN-E-0040059-61 | | | |
| 4L | 10-04-2013 email from S Sanders to Schneider, Monda, and McKelvey with instructions to distribute Big Clix funds from escrow | Forte 19787 | | | |
| 4M | Big Clix Form S-1/A signed 11-23-2010 | Edgar | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| | **SERIES 5** | | | | |
| 5A | 02-26-2013 email Monda to Kass, S Sanders, McKelvey and Schneider attaching opinion letter signed by Schneider re Fansport shares in the name of McKelvey | SEC-WDCO-E-0000701-03 | | | |
| 5B | 10-10-2012 email from McKelvey to S Sanders, Chesnutt, cc Schneider re SEC filings for Fansport | MBN 01514100000162-64 | | | |
| 5C | 10-10-2012 email string among S Sanders, McKelvey, Schneider and Chesnutt re SEC filing for Fansport | MBN 015141-0000104-06 | | | |
| 5D | 11-21-2012 email string among S Sanders, Schneider, re David Lazar attempting to acquire Pubco for $175,000 | MBN 015144-0001486-87 | | | |
| 5E | 02-06-2013 emails from S Sanders to Monda, Schneider and McKelvey directing disbursements to MBN and transfer agent from Fansport escrow | Forte 19736-37 | | | |
| 5F | 02-25-2013 email string among McKelvey, Monda, Schneider and S Sanders with McKelvey directing disbursement of Fansport funds | SEC-MBN-E-0062378-79 | | | |
| 5G | 02-25-2013 email from McKelvey to Schneider, Monda, Chesnutt and S Sanders requesting DTC opinion | SEC-MBN-E-0062366 | | | |
| 5H | 02-26-2013 email string among McKelvey, Kass, S Sanders, Schneider and Monda re DTC opinion | SEC-WDCO-E-0000700 | | | |
| 5I | 09-27-2013 email string among McKelvey, Kass, S Sanders, Schneider and Monda with S Sanders instructions on distribution of Fansport proceeds | SEC-MBN-E-0054567 - 68 | | | |
| 5J | 10-04-2013 email from S Sanders to Schneider, Monda, and McKelvey with instructions for wires for Fansport, mLight and Big Clix | Forte 19787 | | | |
| 5K | 10-08-2013 email string among S Sanders, Schneider, Monda and McKelvey with S Sanders instructions for wires for Fansport proceeds | SEC-MBN-E-0039905 - 04 | | | |
| 5L | 11-04-2013 email string among S Sanders, Schneider, Monda and McKelvey with S Sanders instructions for wires for Fansport proceeds to Salla & Cox, and D. Chase law firms | SEC-MBN-E-0038776 - 77 | | | |
| 5M | Fansport Form 8-K date of report 06-07-2013 re K Cleland resignation | Edgar | | | |
| 5N | Fansport Form 8-K date of report 06-28-2013 re K Cleland purported sale of shares for $300,000 | Edgar | | | |
| | | | | | |
| | **SERIES 6** | | | | |
| 6A | 03-05-2013 email string among Monda, Kass, S Sanders, McKelvey, Schneider and Chesnutt with attached opinion letter signed by Schneider re shares in the name of Lorraine Sanders | SEC-WDCO-E-0000739-42 | | | |
| 6B | mLight Form S-1/A with opinion signed by Schneider dated 12-13-2010 | Edgar | | | |
| 6C | 10-05-2011 email from S Sanders to Schneider, McKelvey and Monda re proposed Form 8-K for mLight | MBN 015140-0002405 | | | |
| 6D | 10-06-2011 email from S Sanders to Schneider with draft Form 8-K for mLight | MBN 015140-0002346-49 | | | |
| 6E | 10-14-2011 Form 8-K for mLight as filed | Edgar | | | |
| 6F | 11-21-2012 email string among S Sanders, Schneider, and Lazar re potential shell purchase regarding Fansport and mLight Tech | MBN 015144-0001486 | | | |
| 6G | 02-07-2013 email string among Schneider, McKelvey, Chesnutt and S Sanders re 20:1 stock split for mLight Tech | MBN 015138-E-0004117 | | | |
| 6H | 03-04-2013 email string among McKelvey, Schneider, Chesnutt, Monda, and S Sanders requesting DTC opinion | SEC-MBN-E-0052892 | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 6I | 05-06-2013 email from S Sanders to Schneider, copying Monda and McKelvey re $20,000 check and closing mLight Tech transaction | SEC-MBN-E-0051494 | | | |
| 6J | 07-11-2013 email from S Sanders to Schneider copying Monda re wires from Belize for mLight Tech | SEC-MBN-E-0047840 | | | |
| 6K | 07-17-2013 email string among S Sanders, Schneider, Monda, and McKelvey re escrow agreement for purported private sale by Ed Sanders of 180,000,000 shares for $400,000 | SEC-MBN-E-0047209-215 | | | |
| 6L | 07-17-2013 email string among McKelvey, Schneider, S Sanders and Monda re mLight escrow agreement for sale by E. Sanders of 180 million shares for $400,000 | SEC-MBN-E-0058987 | | | |
| 6M | 07-23-2013 email string among McKelvey, Schneider, S Sanders and Monda attaching escrow agreement signed by Schneider as escrow agent for purported private sale by Ed Sanders of 180,000,000 shares for $400,000 | SEC-MBN-E-0046701-03, MLT0123-128 | | | |
| 6N | 09-10-2013 email from S Sanders to Schneider and copying McKelvey and Monda with instructions for distribution of funds from incoming $225,000 for mLight | SEC-MBN-E-0042013-14 | | | |
| 6O | 09-25-2013 email from S Sanders to Schneider and copying McKelvey and Monda with instructions for distribution of $54,000 wire transfers | SEC-MBN-E-0040812 | | | |
| 6P | 10-08-2013 email email from S Sanders to Schneider and copying McKelvey and Monda with instructions for distribution of $83,000 wire transfers | Forte 19785 | | | |
| 6Q | 10-16-2013 email from S Sanders to Schneider and copying McKelvey and Monda with instructions for distribution of final $99,800 wire transfer | Forte 19783 | | | |
| 6R | 08-05-2013 email from Monda to S Sanders and McKelvey attaching Schneider law firm invoices for Big Clix, Fansport, mLight Tech and ShopEye | SEC-MBN-E-0045728 - 735 | | | |
| 6S | 08-07-2013 mLight Form 8-K re Ed Sanders purported sale of 180,000,000 shares in private transaction | Edgar | | | |
| 6T | 07-11-2013 email from S Sanders to Schneider copying Monda re wires from Belize for mLight Tech | SEC-MBN-E-0047840 | | | |
| 6U | 07-17-2013 email string among S Sanders, McKelvey and Monda re Consulting Logistics LLC wire transfer | SEC-MBN-E-0047203 - 04 | | | |
| 6V | Lorraine Sanders Wilson-Davis brokerage account records re mLight Tech shares | WDCO/FL 8216 000099 - 111 | | | |
| 6W | Consulting Logistics LLC Wilson-Davis brokerage account records re mLight Tech shares | WDCO/FL 8216 000001 - 26 | | | |
| 6X | mLight Tech Bluesheet data | SEC | | | |
| | | | | | |
| | **SERIES 7** | | | | |
| 7A | 02-25-2013 email from McKelvey to Schneider, Monda, Chesnutt and S Sanders requesting DTC opinion | SEC-MBN-E-0062366-72 | | | |
| | | | | | |
| | **SERIES 8** | | | | |
| 8A | 03-05-2013 email string among Monda, Kass, S Sanders, McKelvey, Schneider and Chesnutt with attached opinion letter signed by Schneider re shares in the name of Lorraine Sanders | SEC-WDCO-E-0000739-42 | | | |
| | | | | | |
| | **SERIES 9** | | | | |
| 9A | 05-10-2013 email string among S Sanders, Schneider, McKelvey and Gottbetter law firm re Blueflash | SEC-MBN-E-0051291-51325 | | | |
| 9B | 10-16-2012 email string among Chesnutt, S Sanders and Schneider re stock split application | MBN 015141-0000017-18 | | | |
| 9C | 11-13-2012 email from Schneider to S Sanders re potential buyer for BlueFlash | MBN 015143-0000803 | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 9D | 05-10-2013 email string among McKelvey, S Sanders, Schneider and Gottbetter law firm attaching draft escrow agreement | SEC-MBN-E-0051206-30 | | | |
| 9E | 05-13-2013 email string among Monda, S Sanders, and Schneider re S Sanders request for opinion | SEC-MBN-E-0061226 | | | |
| 9F | 05-14-2013 email from S Sanders to Schneider, Monda and McKelvey re opinion | FLASH0243-45 | | | |
| 9G | 05-17-2013 email string among S Sanders, McKelvey, Schneider and Monda sending escrow agreement signed by Schneider as escrow agent | SEC-MBN-E-0061041 - 63 | | | |
| 9H | 05-30-2013 email string among S Sanders, Schneider, Monda and McKelvey re two wires for $240,700 | SEC-MBN-E-0060802 | | | |
| 9I | 06-03-2013 email string among Gottbetter law firm, Schneider, McKelvey and S Sanders re breaking escrow on BlueFlash | SEC-MBN-E-0050202-03 | | | |
| 9J | 06-03-2013 email string among S Sanders, Schneider, Monda, and McKelvey with instructions from S Sanders for BlueFlash disbursements | SEC-MBN-E-0060738-40 | | | |
| 9K | 06-03-2013 email string among Schneider, Monda, McKelvey and Gottbetter law firm re BlueFlash closing | FLASH0188-190 | | | |
| 9L | 06-03-2013 email string among Schneider, McKelvey, S Sanders and transfer agent re wire to transfer agent | Forte Partners LLC Document Prod. 19841 | | | |
| 9M | 06-03-2013 email string among Schneider, S Sanders, McKelvey and Monda with S Sanders instructions for Schneider to wire $240,000 to transfer agent and receive $200,000 back from transfer agent, Schneider to Monda approving the outgoing wires | FLASH0192 | | | |
| 9N | 06-06-2013 email string among McKelvey, S Sanders, Schneider, Chesnutt and Monda re BlueFlash Stock Purchase Agreement | FLASH0196-203 | | | |
| 9O | BlueFlash Form 10-Q dated 06-11-2013 | Edgar | | | |
| 9P | BlueFlash Form 8-K dated 05-15-2012 | Edgar | | | |
| 9Q | BlueFlash Form 8-K dated 06-20-2013 | Edgar | | | |
| | | | | | |
| | **SERIES 10** | | | | |
| 10A | 06-12-2013 email from S Sanders to Schneider and copying McKelvey and Monda requesting Form S-1 opinion letter re ShopEye | SEC-MBN-E-0049470 - 540 | | | |
| 10B | 10-19-2011 Shopeye Form S-1 with Opinion of Counsel | Edgar | | | |
| 10C | 2013 Shopeye Form S-1 with Opinion of Counsel | Edgar | | | |
| | | | | | |
| | **SERIES 11** | | | | |
| 11A | 09-23-2013 email from Sanders to Schneider, Miller, Monda and McKelvey re second escrow agreement for $187,677 re open market trades of Big Clix shares | SEC-MBN-E-0041193 | | | |
| | | | | | |
| | | | | | |
| | **SERIES 12** | | | | |
| 12A | 10-07-2013 email string among S Sanders, Schneider, Monda and McKelvey with S Sanders instructions for wires from Fansport proceeds | Forte 19786 | | | |
| | | | | | |
| | **SERIES 13** | | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 13A | FDIC Certificate re Sabadell Bank | FDIC | | | |
| 13B | McKelvey BCLX Share Sale Confirm Brokerage Stmt 09-2013 | WDCO 0094 | | | |
| 13C | Composite Wire Transfers re Schneider law firm Acct. x4471 | Sabadell | | | |
| 13D | Composite Wire Transfers from Schenider law firm acct. 2008-09 | Sabadell | | | |
| 13E | Sabadell Acct Bank Signature Card re Schneider law firm Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 14** | | | | |
| 14A | 10-28-2010 Email from Gushlak to S Sanders re Pubco re EERT | Sanders .pst | | | |
| 14B | 01-04-2012 email string between S Sanders and Mraz re contact information | Sanders .pst | | | |
| 14C | 06-25-2012 email string between S Sanders and McKelvey re Crone | Sanders .pst | | | |
| 14D | 10-11-2012 email from S Sanders to Monda copying Schneider and McKelvey re expecting $325,000 wire and forthcoming wire instructions | MBN 015141-0000084 | | | |
| 14E | 10-12-2012 email string between S Sanders and Mraz re Myron | Sanders .pst | | | |
| 14F | 10-15-2012 email string among Schneider, McKelvey, S Sanders and Dean re disbursements | MBN 015141-0000035 | | | |
| 14G | 10-19-2012 email from S Sanders to Schneider and Monda with instructions for disbursement of EERT funds | Sanders .pst | | | |
| 14H | 10-22-2012 email string among S Sanders, McKelvey, Schneider, Monda and Dean re attached EERT consulting agmt signed by Schneider | MBN 015141-0000999 - 1002 | | | |
| 14I | 10-22-2012 EERT Wire Disbursements by Pearlman Schneider with bank letter signed by Schneider | ART0029 -- ART0040 | | | |
| 14J | 10-22-2012 email from S Sanders to Monda copying Schneider with instructions to wire $150,000 to Mraz | Sanders .pst | | | |
| 14K | 10-23-2012 email string between S Sanders and Monda re EERT wires on Schneider desk | MBN 015140-0000962 | | | |
| 14L | EERT Bluesheet data | SEC | | | |
| 14M | Sabadell Wire Transfer Confirmation Acct. x4471 re $150,000 to Mraz | Sabadell | | | |
| 14N | Sabadell Bank Statement October 2012 Acct. x4471 | Sabadell | | | |
| 14O | EERT Bluesheet data | SEC | | | |
| 14P | EERT Bluesheet data | SEC | | | |
| 14Q | EERT Bluesheet data | SEC | | | |
| 14R | 08-11-2011 Ltr. to D.Lubin re McKelvey EERT shares from A. Wilson | SEC-Lubin_D-E-0001212-1213 | | | |
| | | | | | |
| | **SERIES 15** | | | | |
| 15A | Promissory Note | Sanders | | | |
| 15B | Sabadell Bank Statement October 2012 Acct. x4471 | Sabadell | | | |
| 15C | Sabadell Wire Transfer $100,000 Acct. x4471 | Sabadell | | | |
| 15D | Chase Bank Statement Acct x6145 (Oct. - Nov. 2012) | Chase | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 15E | 04-02-2010 Email from Monda to S Sanders re MIB opinion with letter | Sanders .pst | | | |
| 15F | 07-19-2010 Email from Mirman to Schneider copuing Monda and S Sanders re signed stock powers for MIB shareholders | Sanders .pst | | | |
| | | | | | |
| | **SERIES 16** | | | | |
| 16A | Sabadell Bank Account Statement October 2012 Acct. x4471 | Sabadell | | | |
| 16B | Sabadell Bank Wire Transfer $35,258 Acct. x4471 | Sabadell | | | |
| 16C | TD Bank Account Statement October 2012 | TD Bank | | | |
| 16D | TD Bank Signature Card | TD Bank | | | |
| 16E | TD Bank Wire Transfer $35,258 | TD Bank | | | |
| | | | | | |
| | **SERIES 17** | | | | |
| 17A | 06-03-2013 5:38pm email Sanders to Schneider, Monda and McKelvey re BlueFlash wires: $240,000 to transfer agent and $200,000 back from transfer agent and 6:35pm email Schneider to Monda approviing outgoing wire | FLASH0192 | | | |
| 17B | Sabadell Bank Account Statement June 2013 Acct. x4471 | Sabadell | | | |
| 17C | Sabadell Wire Transfer $100,218 Acct. x4471 re MBN Consulting | Sabadell | | | |
| 17D | TD Bank Statement Account x4319  June 2013 | TD Bank | | | |
| 17E | TD Bank Wire Transfer $100,218 | TD Bank | | | |
| | | | | | |
| | **SERIES 18** | | | | |
| 18A | Sabadell Bank Account Statement May-June 2013 Acct. x4471 | Sabadell | | | |
| 18B | Sabadell Bank Wire Transfer $84,718 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 19** | | | | |
| 19A | Sabadell Bank Account Statement May-June 2013 Acct. x4471 | Sabadell | | | |
| 19B | Sabadell Bank Wire Transfer $112,087 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 20** | | | | |
| 20A | Sabadell Bank Account Statement May-June 2013 Acct. x4471 | Sabadell | | | |
| 20B | Sabadell Bank Wire Transfer $92,588 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 21** | | | | |
| 21A | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 | Sabadell | | | |
| 21B | Sabadell Bank Wire Transfer $16,750 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 22** | | | | |
| 22A | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 | Sabadell | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 22B | Sabadell Bank Wire Transfer $43,943 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 23** | | | | |
| 23A | 09-11-2013 email string among S Sanders, Schneider, McKelvey and Monda re instructions for distribution of $225,000 | Forte 19790-92 | | | |
| 23B | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 | Sabadell | | | |
| 23C | Sabadell Bank Wire Transfer $51,666 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 24** | | | | |
| 24A | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 | Sabadell | | | |
| 24B | Sabadell Bank Wire Transfer $51,667 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 25** | | | | |
| 25A | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 | Sabadell | | | |
| 25B | Sabadell Bank Wire Transfer $51,667 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 26** | | | | |
| 26A | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 | Sabadell | | | |
| 26B | Sabadell Bank Wire Transfer $25,500 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 27** | | | | |
| 27A | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 | Sabadell | | | |
| 27B | Sabadell Bank Wire Transfer $25,500 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 28** | | | | |
| 28A | Sabadell Bank Account Statement Sept. - Oct. 2013 Acct. x4471 | Sabadell | | | |
| 28B | Sabadell Bank Wire Transfer $41,500 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 29** | | | | |
| 29A | Sabadell Bank Account Statement Sept. - Oct. 2013 Acct. x4471 | Sabadell | | | |
| 29B | Sabadell Bank Wire Transfer $41,500 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 30** | | | | |
| 30A | 10-16-2013 email from S Sanders to Schneider and copying McKelvey and Monda with instructions for distribution of $99,800 wire | Forte 19783 | | | |
| 30B | Sabadell Bank Account Statement Sept. - Oct. 2013 Acct. x4471 | Sabadell | | | |
| 30C | Sabadell Bank Wire Transfer $49,900 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 31** | | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 31A | Sabadell Bank Account Statement Sept. - Oct. 2013 Acct. x4471 | Sabadell | | | |
| 31B | Sabadell Bank Wire Transfer $49,900 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 32** | | | | |
| 32A | 10-04-2013 email from S Sanders to Schneider, Monda, and McKelvey with instructions for wires for Fansport, mLight and Big Clix | Forte 19787 | | | |
| 32B | 10-07-2013 email string among S Sanders, Schneider, Monda and McKelvey with S Sanders instructions for wires for Fansport proceeds | SEC-MBN-E-0039903-04 | | | |
| 32C | Sabadell Bank Account Statement Sept. - Oct. 2013 Acct. x4471 | Sabadell | | | |
| 32D | Sabadell Bank Wire Transfer $49,990 Acct. x4471 | Sabadell | | | |
| | | | | | |
| | **SERIES 33** | | | | |
| 33A | Sabadell Bank Account Statement Sept. - Oct. 2013 Acct. x4471 | | | | |
| 33B | Sabadell Bank Wire Transfer $49,990 Acct. x4471 | Sabadell | | | |
| | | Sabadell | | | |
| | **SERIES 34-35** | | | | |
| 34A | Schneider SEC Testimony Day 1 Excerpt 03-20-2015 | SEC | | | |
| 34A1 | SEC Form 1662 Ex. 1 to Transcript | SEC | | | |
| 34A2 | Memo from Schneider to Carrillo, Ex. 204 to Transcript | Forte 06057 | | | |
| 34A3 | 09-29-2010 email from Laz Rothstein to S Sanders re acquiring public shell, Ex. 698 to Transcript | MBN 015137-E-0005450-51 | | | |
| 34A4 | 09-29-2010 email from Chesnutt to S Sanders and Schneider re "Do you have any OTCBB shells?" | MBN 015137-E-0005651-53 | | | |
| 34A5 | 11-21-2012 emails between Schneider and S Sanders re mLight Tech | MBN 015144-0001486-87 | | | |
| 34B | Audio Clips from Recording of SEC Testimony Day 1 of 03-20-2015 | SEC | | | |
| 34C | Schneider SEC Testimony Day 2 Excerpt 05-20-2015 | SEC | | | |
| 34C1 | 10-05-2010 email from Chesnutt to S Sanders re Pubco, Ex. 812 to SEC Transcript | MBN 015137-E-0004402 | | | |
| 34C2 | 11-21-2012 Schneider Opinion re Big Clix shares in the name of McKelvey, Ex. 816 to SEC Transcript | MBN 015139-E-0003697-3700 | | | |
| 34C3 | 02-26-2013 Schneider Opinion re Fansport shares in the name of McKelvey, Ex. 817 to SEC Transcript | FAN 0040-0045 | | | |
| 34C4 | 03-08-2013 Schneider Opinion re mLight shares in the name of Lorraine Sanders, Ex. 818 to SEC Transcript | MLT 112-114 | | | |
| 34C5 | 03-09-2009 Schneider Opinion re Liquid Financial Engines shares in the name of Ilene Mirman, Ex. 819 to SEC Transcript | LFE 25-27 | | | |
| 34C6 | Bank account statement re transfer to Schneider Weinberger 3-26-2012 $2,990, Ex. 868 to SEC Transcript | SEC-WDCO-E-0117243 | | | |
| 34D | Audio Clips from Recording of SEC Testimoy Day 2 of 05-20-2015 | SEC | | | |
| 34E | 10-26, 27-2009 email string among Schneider, S Sanders and Sean Sullivan re possible shell acquisition | MBN-01536-E-0004578-79 | | | |
| 34F | 10-27-2009 email string between Schneider and S Sanders re Sean Sullivan | MBN-015136-E-0004576 | | | |
| 34G | 12-02-2009 email from S Sanders to Gerald copying Schneider re mBeach Software with attached term sheet | MBN 015137-E-0008425 | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 34H | 01-06-2010 email from S Sanders to Schneider with Mobieyes Software term sheet | MBN 015137-E-0007668-70 | | | |
| 34I | 02-06-2010 email string among Russo, S Sanders, and Schneider re mBeach Software | MBN 015137-E-0006502 | | | |
| 34J | 05-10-2010 emails between Chesnutt and Sanders re Pubco | MBN 015137-E-0004402 | | | |
| 34K | 05-26-2010 emails between Schneider and Derek Webb, Schneider to S Sanders re otcbb shell | Sanders .pst | | | |
| 34L | Lazarus Rothstein Outlook contacts for James Schneider and Steven Sanders | Rothstein production | | | |
| 34M | 06-07-2011 emails between Schneider and S Sanders re "Trading Shells" | Sanders .pst | | | |
| 34N | 09-26-2012 emails between S Sanders and Schneider re "Prayer" | MBN-015136-E-0000650 | | | |
| 34O | 09-26-2012 emails among S Sanders, McKelvey and John Gong, forwarded to Schneider by Sanders re "Discussion with SEC counsel" | MBN-015136-E-0000715-716 | | | |
| 34P | 11-13-2012 emails between Schneider and S Sanders re "Blue Flash" | MBN 015143-0000803 | | | |
| 34Q | 01-15-2015 SEC subpoena to Schneider for testimony with attached Form 1662 | SEC | | | |
| 34R | SEC Order re FL-03841 | SEC | | | |
| 34S | 03-20-2015 Schneider SEC Testimony Transcript | SEC | | | |
| 34T | 05-20-2015 Schneider SEC Testimony Transcript | SEC | | | |
| 34U | Original civil complaint v. S Sanders, McKelvey, Mirman, et al. | Court Filing | | | |
| | | | | | |
| | **SERIES 35** | | | | |
| 35A | 02-24-2010 email from Monda to Carrillo copying S Sanders and Schneider with memo signed by Schneider re mBeach Software sale | MBN 015137-E-0006217 - 18 | | | |
| 35B | Memo from Schneider to Carrillo, Ex. 204 to Transcript | Forte 06057 | | | |
| 35C | 09-29-2010 email from Laz Rothstein to S Sanders re acquiring public shell, Ex. 698 to Transcript | MBN 015137-E-0005655-6557 | | | |
| 35D | 11-21-2012 email string between Schneider and Lazar re Fansport and mLight Tech | MBN 015144-0001488 | | | |
| | | | | | |
| | **SERIES 36** | | | | |
| 36A | 06-09-2008 Stock Purchase Agreement $300,000 for 2.7 million "free trading shares of Common Stock" | PEC0387-396, 0304-312 | | | |
| 36B | 06-20-2008 Schneider opinion letter to transfer agent re sale of 2.7 million Premier shares | PEC0358-361 | | | |
| 36C | 06-13-2008 Letter from Rose to Schneider re wire of $310,000 | PEC0333 | | | |
| 36D | 06-13-2008 Letter from Rose to transfer agent requesting transfers of Rose's 9 million shares and issuance of 80.3 million shares | PEC0367-368 | | | |
| 36E | 06-16-2008 Stock Purchase Agreement for sale by Rose of 9 million shares for $300,000 | PEC0335-355 | | | |
| 36F | 06-18-2008 Letter to Schneider re $300,000 | PEC0369 | | | |
| 36G | 07-07-2008 $150,000 Promissory Note ZRV to Rose c/o Schneider | PEC0327-330 | | | |
| 36H | 07-28-2008 Form 8-K re 18:1 stock split | Edgar | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 36I | 09-05-2008 Form 8-K re ZRV acquisition of 162 million shares for $300,000 and Rose resignation | Edgar | | | |
| 36J | 09-25-2008 Form 8-K re name change | Edgar | | | |
| 36K | 09-28-2008 email from S Sanders to Schneider, Monda and Mirman re $60,000 check | Sanders | | | |
| 36L | 02-02-2009 Letter from Schneider enclosing stock certificate for 162 million shares to ZRV Consulting | PChesnutt0014 | | | |
| 36M | 12-21-2012 email Rose to Mirman and Schneider | SR009127, 9130 | | | |
| | | | | | |
| | **SERIES 37** | | | | |
| 37A | 03-06-2008 Form S-1/A with attached Schneider Weinberger legal opinion | Edgar | | | |
| 37B | 12-29-2008 Opinion Letter Schneider to Transfer Agent re transfer of 575,000 shares to MBN, I. Mirman and Herzog | WS0205-206 | | | |
| 37C | 12-30-2008 series of closing documents | WS0155-164 | | | |
| 37D | 10-02-2008 shareholder list | WS0218-223 | | | |
| 37E | 12-23-2008 shareholder list | SEC-MIRALI-E-0003008-09 | | | |
| 37F | 12-30-2008 Form 8-K re change of control and attaching Stock Purchase Agreement for sale of 13.8 million shares by Farmer and certain shareholders for $311,458 | WS0176-200 | | | |
| 37G | 06-30-2008-February 27, 2009 Schneider Weinberger bank statements | SEC-PS-P-00000012-35 | | | |
| 37H | 03-18-2009 Opinion Letter Schneider to Transfer Agent correcting 12-29-2008 opinion | ? | | | |
| 37I | 12-24-2008 shareholder list | SEC-FarmerE-P-0000133-140 | | | |
| | | | | | |
| | **SERIES 38** | | | | |
| 38A | 04-16-2009 Securities Purchase Agreement for purported sale by Edward Sanders for $175,000 | PD0071-82 | | | |
| 38B | Pashmina 8K re Ed Sanders Purported Stock Sale | | | | |
| | | | | | |
| | **SERIES 39** | | | | |
| 39A | 12-11-2008 email from S Sanders to Monda copying Schneider requesting new file for Liquid Financial Engines | MBN 015141-0000625-626 | | | |
| 39B | 12-08-2008 Form S-1 | Edgar | | | |
| 39C | 07-23-2009 Stock Purchase Agreement for purported sale of 12.7 million shares (including 12 million by McKelvey) for $260,000 | LFE0389-412 | | | |
| 39D | 07-27-2009 email from S Sanders to Schneider to tell buyer to pull the trigger | MBN 015142-0000934 | | | |
| 39E | 08-11-2009 email from S Sanders to Schneider requesting opinions to broker-dealer for shares purportedly purchased by MBN Consulting and Ilene Mirman | MBN-015136-E-0005033 | | | |
| 39F | 08-11-2009 email from S Sanders to Schneider copying Monda attaching shareholder list for opinions to broker-dealer | MBN-015136-E-0005027-032 | | | |
| 39G | 08-13-2009 Schneider Opinion to broker-dealer re Liquid Financial shares in the name of MBN Consulting | LFE0028 | | | |
| 39H | 08-13-2009 Schneider Opinion to broker-dealer re Liquid Financial shares in the name of Ilene Mirman | LFE0029 | | | |
| | | | | | |
| | **SERIES 40** | | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 40A | 01-06-2010 email from S Sanders to Schneider with Mobieyes term sheet attached | MBN 015137-E0007669-670 | | | |
| 40B | 01-11-2010 email from S Sanders to potential buyer copying Schneider attaching draft agreements for purchase of both free-trading and restricted shares | MBN 015137-E0007542-568 | | | |
| 40C | 01-15-10 email from S Sanders to potential buyer re return of deposit and additional inventory mature for sale | MBN 015137-E-0007472 | | | |
| 40D | 02-08-10 email from S Sanders to Schneider copying Monda attaching executed stock purchase agreement for purported sale of 12 million shares for $300,000 and disbursement instructions ($41,000 to transfer agent, additional instructions to follow) | MBN 015137-E-0006471-485 | | | |
| 40E | 02-09-2010 Form 8-K re Kevin Miller's purported sale of shares for $300,000 in private transaction and resignation from all positions | Edgar | | | |
| | | | | | |
| | **SERIES 41** | | | | |
| 41A | 11-04-2009 Form S-1 with Schneider Opinion attached | Edgar | | | |
| 41B | 11-10-2009 Notice of Form S-1 Effectiveness | SEC | | | |
| 41C | 12-02-2009 email from S Sanders to Gerald copying Schneider re mBeach Software with attached Term Sheet | MBN 015137-E-0008425 | | | |
| 41D | 01-17-2010 email string among S Sanders, Schneider, Mirman and potential buyer re S Sanders request for buyer's list of investors to file Form 211 | MBN 015137-E-0007346 | | | |
| 41E | 02-24-2010 email from Monda to Carrillo copying S Sanders and Schneider with memo signed by Schneider re mBeach Software sale | MBN 015137-E-0006217-218 | | | |
| 41F | 05-14-2010 email string between S Sanders and Schneider re mBeach Software opinion letter to Weinbaums and S Sanders/McKelvey deal structure going forward | MBN 015143-0001203-213 | | | |
| 41G | 05-17-2010 email from Monda to S Sanders re Schneider request for S Sanders to fill in blanks on attached opinion to Weinbaums | MBN 015143-0001160-162 | | | |
| 41H | 05-17-2010 email from S Sanders to Schneider copying Monda re opinion to Weinbaums and escrow agreement attached | MBN 015143-0001116-120 | | | |
| 41I | 05-17-2010 Escrow Agreement signed by Schneider for Gaffney private sale of 12,000,000 shares for $400,000 | MBCH0068-74 | | | |
| 41J | 05-18-2010 Weinbaum opinions signed by Schneider | MBN 015143-0000932-935 | | | |
| | | | | | |
| | **SERIES 42** | | | | |
| 42A | 04-02-2010 email from Monda to S Sanders re opinion letter signed by Schneider to transfer agent | Sanders .pst | | | |
| 42B | 07-19-2010 email from Mirman to Schneider, Monda, and S Sanders attaching signed stock powers for 16 shareholders | Sanders .pst | | | |
| 42C | 07-07-2010 email string between Schneider and S Sanders re Gottbetter | Sanders .pst | | | |
| 42D | 07-16-2010 memo from Schneider to Gottbetter firm re deal structure for sale of restricted and "free trading" shares | MIB0103 | | | |
| 42E | 07-27-2010 email string among Gottbetter law firm, Sanders, McKelvey and Schneider re S Sanders delivery of restricted and purportedly unrestricted shares | Sanders .pst | | | |
| 42F | 08-11-2010 email from S Sanders to Gottbetter law firm copying Schneider, McKelvey and Monda re status of deal | MBN-015136-E-0001453 | | | |
| 42G | 08-13-2010 email from S Sanders to Schneider and Monda copying McKelvey with final disbursement instructions for $400,000 | MBN-015136-E-0001211-213 | | | |
| 42H | 08-13-2010 Escrow Agreement signed by Schneider as escrow agent for sale of 1,187,250 MIB shares by shareholders for $400,000 | MIB0108-117 | | | |
| 42I | 08-13-2010 opinion signed by Schneider to buyers re MIB shares | MIB0104-107 | | | |
| 42J | 08-13-2010 Stock Purchase Agreement with signature pages of 24 shareholders and Schneider identified as Escrow Agent | MIB0118-150 | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| | **SERIES 43** | | | | |
| 43A | 05-06-2010 Form S-1/A Teaching Time | Edgar | | | |
| 43B | 06-07-2010 Form S-1/A Teaching Time with Schneider opinion attached | Edgar | | | |
| 43C | 07-01-2010 email string among S Sanders, McKelvey, Schneider and Monda re request for opinion to transfer agent for Form 211 and attached opinion signed by Schneider | MBN015140-0001089-091 | | | |
| 43D | Teaching Time Shareholder List per Schneider 07-01-2010 opinion | MBN 015140-0001120 | | | |
| 43E | 10-04-2010 email from S Sanders to Schneider and Monda with disbursement instructions signed by S Sanders for $448,500 | MBN 015137-E-0004696-698 | | | |
| 43F | 10-04-2010 opinion signed by Schneider to buyers of shares in name of 24 shareholders | TT0083-86 | | | |
| 43G | Stock Purchase Agreement re sale of at least 1,197,600 shares for $450,000 | TT0087-105 | | | |
| 43H | 10-18-2010 email from S Sanders to Monda copying Schneider with revised instrtuctions for escrow disbursements of $450,000 | MBN 015138-E-0006671-673 | | | |
| 43I | 10-25-2010 email from S Sanders to Gottbetter law firm copying Schneider with final shareholder list | MBN 015138-E-0006248-250 | | | |
| 43J | 12-07-2010 Teaching Time Form 10-Q | Edgar | | | |
| 43K | 02-02-2011 Form 8-K re resignation of Lisa Lamson | Edgar | | | |
| | | | | | |
| | **SERIES 44** | | | | |
| 44A | 10-28-2010 Opinion signed by Schneider to transfer agent | SEC-MBN-E-0008651 - 8653 | | | |
| 44B | 03-18-2011 email from S Sanders to Schneider copying Monda with instructions from S Sanders for disbursement of $258,000 | Sanders .pst | | | |
| 44C | 04-12-2011 Form 10-K | Edgar | | | |
| 44D | 04-28-2011 email from Schneider to S Sanders re FINRA review of corporate actions | Sanders .pst | | | |
| 44E | 05-05-2011 email string among Schneider, S Sanders, McKelvey and Monda re stock purchase agreement | Sanders .pst | | | |
| 44F | 06-07-2011 email string between Schneider and S Sanders re trading shells | Sanders .pst | | | |
| 44G | 06-07-2011 FINRA name change/stock split application submitted by Schneider law firm | EBC-HL0009-28 | | | |
| 44H | 06-17-2011 email from Chesnutt to Guilbert copying S Sanders, McKelvey and Schneider sending Form 8-K for filing with SEC re name change and stock split | MBN 015138-E-0005402 - 5405 | | | |
| 44I | 06-20-2011 Form 8-K re name change and stock split as filed with SEC | Edgar | | | |
| 44J | Form S-1/A with 06-10-2010 opinion letter signed by Schneider | Edgar | | | |
| 44K | 07-27-2011 Form 8-K as filed re David Johnson purported private stock sale and resignation from all positions | Edgar | | | |
| | | | | | |
| | **SERIES 45** | | | | |
| 45A | 09-28-2010 email string among Schneider, S Sanders, McKelvey and Monda re Schneider communications with SEC re Form S-1 | MBN 015137-E-0005810 - 5811 | | | |
| 45B | 03-29-2011 email string among Schneider, S Sanders and McKelvey re request for Schneider to contact Lubin | MBN 015138-E-0009809 | | | |
| 45C | 05-25-2011 email from S Sanders to Lubin copying McKelvey, Schneider and Monda with instructions for Schneider's IOTA account | MBN 015143-0000074 | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 45D | 05-25-2011 email from S Sanders to Schneider copying McKelvey and Monda with S Sanders instructions for disbursements upon receipt of $300,000 | MBN 015143-0000012 - 14 | | | |
| 45E | 05-26-2011 email from S Sanders to Schneider copying McKelvey and Monda re S Sanders request for Schneider to issue opinion | MBN 015138-E-0006096 - 98 | | | |
| 45F | 05-26-2011 email from S Sanders to Schneider and Monda copying McKelvey with S Sanders request for opinion and attaching S Sanders instructions for disbursements upon receipt of $300,000 | MBN 015138-E-0006100- -02 | | | |
| 45G | 05-27-2011 Opinion signed by Schneider to Buckeye Oil & Gas and Lubin | BS) 0193 - 195 | | | |
| 45I | Form S-1/A as filed with opinion signed by Schneider | Edgar | | | |
| 45J | 06-02-2011 Form 8-K re purported private stock sale by Mills of 38 million shares for $352,941 and Mills resignation | Edgar | | | |
| 45K | 05-26-2011 email from Chesnutt to S Sanders and McKelvey copying Monda re Form 8-K to be filed re name change and stock split | MBN 015138-E-0006163 - 66 | | | |
| | | | | | |
| | **SERIES 46** | | | | |
| 46A | 10-25-2010 email from S Sanders to Schneider copying McKelvey and Monda requesting opinion to transfer agent | MBN 015138-E-0006322 - 26 | | | |
| 46B | 03-10-2011 email string among S Sanders, Schneider, Chesnutt and Monda with S Sanders request for Schneider firm to prepare stock split application | MBN 015137-E-0010567 | | | |
| 46C | 03-28-2011 Form 8-K as filed re stock split | Edgar | | | |
| 46D | 03-29-2011 email string among Schneider, S Sanders, McKelvey and Monda with S Sanders request for opinions from Schneider and attaching draft opinions for BCS Solutions and Game Face Gaming | MBN 015138-E-0009796 - 9801 | | | |
| 46E | 03-29-2011 email string among Schneider, S Sanders, McKelvey and Monda with S Sanders request for opinions from Schneider and attaching draft opinions for BCS Solutions and Game Face Gaming | MBN 015138-E-0009794 - 95 | | | |
| 46F | 03-30-2011 email from Monda to S Sanders and McKelvey copying Schneider sending BCS Solutions and Game Face Gaming opinion letters | Sanders .pst | | | |
| 46G | 04-01-2011 Opinion signed by Schneider addressed to BCS Solutions and Lubin, SEC Ex. 835 | BCS 0197 - 199 | | | |
| 46H | 04-28-2011 email from Schneider to S Sanders re FINRA review of corporate actions | Sanders .pst | | | |
| 46I | 12-14-2011 email string between S Sanders and Monda re status of 6 companies | MBN 015137-E-0008967 | | | |
| 46J | 04-05-2011 Form 8-K as filed re purported private stock sale by Vorhies of 24 million shares for $230,000 and Vorhies resignation | Edgar | | | |
| 46K | Form S-1/A as filed with opinion letter signed by Schneider | Edgar | | | |
| 46L | 03-25-2011 email from Chesnutt to Guilbert copying Schneider, S Sanders and McKelvey attaching Form 8-K for filing with SEC re stock split | MBN 015138-E-0009855 | | | |
| | | | | | |
| | **SERIES 47** | | | | |
| 47A | 11-12-2010 email string among S Sanders, McKelvey, Schneider and Monda re forming a new company | Sanders .pst | | | |
| 47B | 11-15-2010 Articles of Incorporation | SUN4 to SUN9 | | | |
| 47C | 03-03-2011 Form S-1/A as filed with opinion signed by Schneider | Edgar | | | |
| 47D | 05-02-2011 Notice of Effectiveness of Form S-1/A | Edgar | | | |
| 47E | 10-08-2012 email from S Sanders to Schneider copying McKelvey and Monda with attached Engagement Letter with CFO Support, Inc. | Sanders .pst | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 47F | 10-10-2012 Engagement Letter with CFO Support, Inc. signed by Schneider as Escrow Agent | SUN120 to SUN125 | | | |
| 47G | 11-02-2012 wire transfer detail for incoming $50,000 | Sabadell | | | |
| 47H | 12-08-2016 Pearlman Schneider letter to SEC re 11-02-2012 $50,000 incoming wire disbursement | SEC-PS-P-0000155 - 156 | | | |
| 47I | 11-05-2012 wire transfer detail for outgoing $10,155 | Sabadell | | | |
| 47J | 11-05-2012 email string among S Sanders, McKelvey, Schneider and Monda with Sanders instructions for disbursement of $50,000 | Forte 19860 - 62 | | | |
| 47K | 05-20-2013 Form 10-Q as filed | Edgar | | | |
| 47L | 06-24-2013 email string among S Sanders, McKelvey, Schneider and Monda with S Sanders instructions for disbursement of $312,000 | SUN152 - SUN157 | | | |
| 47M | 06-25-2013 email string among S Sanders, McKelvey, Schneider and Monda with S Sanders instructions for disbursement of $301,500 | SUN158 - SUN162 | | | |
| 47N | 06-28-2013 Form 8-K as filed re purported private stock sale by Travertini of 9 million shares for $263,167 and Travertini resignation | Edgar | | | |
| | | | | | |
| | **SERIES 48** | | | | |
| 48A | Summary of Shell Company Before and After Transaction | Summary | | | |
| 48B | Summary Map of Straw CEOs | Summary | | | |
| 48C | Summary Schneider billing records comparison with SEC testimony re Communications with CEOs | Summary | | | |
| 48D | Summary Comparison of Escrow Agreements and Stock Purchase Agreements with Schneider disbursements | Summary | | | |
| 48E | Summary Forms 8-K filed with SEC Compared to Schneider Disbursements | Summary | | | |
| 48F | Summary of Schneider law firm billing record references with work on SEC disclosures | Summary | | | |
| 48G | Intentionally Left Blank | Intentionally Left Blank | | | |
| 48H | Summary Schneider billing records references to 8Ks | Summary | | | |
| | | | | | |
| | **SERIES 49** | | | | |
| 49A | Entertainment Art-Bizooom Price Volume Press Releases | Summary | | | |
| 49B | Entertainment Art-Bizooom Price Volume Promotions | Summary | | | |
| 49C | Entertainment Art-Bizooom Retail Transactions | Summary | | | |
| 49D | Entertainment Art-Bizooom Highest Net Proceed Trading Summary | Summary | | | |
| 49E | Entertainment Art-Bizooom Lowest Net Proceed Trading Summary | Summary | | | |
| 49F | Entertainment Art-Bizooom Shareholder Chart 3-22-13 | Summary | | | |
| 49G | Entertainment Art-Bizooom Shareholder Chart 5-31-13 | Summary | | | |
| 49H | Entertainment Art-Bizooom Shareholder Chart 10-31-12 | Summary | | | |
| 49I | Entertainment Art-Bizooom Price Volume Backup Composite Items | Composite | | | |
| 49J | Entertainment Art-Bizooom Retail Transactions Backup Composite Items | Composite | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 49K | Entertainment Art-Bizooom Trading Summary Backup Composite Items | Composite | | | |
| 49L | Entertainment Art-Bizooom Transfer Agent Backup Composite Items | Composite | | | |
| 49M | Fansport Price Volume Promotions | Summary | | | |
| 49N | Fansport Price Volume Press Releases | Summary | | | |
| 49O | Fansport Shareholder Chart 5-31-12 | Summary | | | |
| 49P | Fansport Shareholder Chart 6-7-13 | Summary | | | |
| 49Q | Fansport Shareholder Chart 7-1-13 | Summary | | | |
| 49R | Fansport Price Volume Backup | Composite | | | |
| 49S | Fansport Transfer Agent Backup | Composite | | | |
| 49T | Fansport Press Release Backup | Composite | | | |
| 49U | Intake-Face Up Price Volume Promotions | Composite | | | |
| 49V | Intake-Face Up Price Volume Press Releases | Summary | | | |
| 49W | Intake-Face Up Highest Net Proceed Trading | Summary | | | |
| 49X | Intake-Face Up Lowest Net Proceed Trading | Summary | | | |
| 49Y | Intake-Face Up Retail Transactions | Summary | | | |
| 49Z | Intake-Face Up Price Volume Backup | Composite | | | |
| 49AA | Intake-Face Up Retail Transactions Backup | Composite | | | |
| 49BB | Intake-Face Up Trading Summary Backup | Composite | | | |
| 49CC | mLight Highest Net Proceed Trading Summary | Summary | | | |
| 49DD | mLight Lowest Net Proceed Trading Summary | Summary | | | |
| 49EE | mLight Price Volume Press Releases | Summary | | | |
| 49FF | mLight Price Volume Promotions | Summary | | | |
| 49GG | mLight Retail Transactions | Summary | | | |
| 49HH | mLight Shareholder Chart 3-22-11 | Summary | | | |
| 49II | mLight Shareholder Chart 7-17-13 | Summary | | | |
| 49JJ | mLight Shareholder Chart 8-2-13 | Summary | | | |
| 49KK | mLight Shareholder Chart 8-21-13 | Summary | | | |
| 49LL | mLight Price Volume Backup | Composite | | | |
| 49MM | mLight Retail Transactions Backup | Composite | | | |
| 49NN | mLight Trading Summary Backup | Composite | | | |
| 49OO | mLight Transfer Agent Backup | Composite | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| | **SERIES 50** | | | | |
| 50A | Florida Bar Rules Excerpts | Public Document | | | |
| 50B | Chart - Premier Nursing Products Distributions Summary | Summary | | | |
| 50B1 | Notice of Effectiveness Premier Nursing | Edgar | | | |
| 50B2 | 8-K Premier Nursing Products 09-05-2008 | Edgar | | | |
| 50B3 | SB-2 Premier Nursing - Sheldon Rose 08-15-2017 | Edgar | | | |
| 50C | Chart - We Sell for U Distributions Summary | Summary | | | |
| 50C1 | Notice of Effectiveness We Sell For U | Edgar | | | |
| 50C2 | 8-K We Sell For U 01-07-2009 | Edgar | | | |
| 50C3 | S-1 We Sell For U - Edward Farmer 03-06-2008 | Edgar | | | |
| 50D | Chart - PashminaDepot.com | Summary | | | |
| 50D1 | Notice of Effectiveness Pashmina Depot | Edgar | | | |
| 50D2 | 8-K Pashminadepot.com 04-20-2009 | Edgar | | | |
| 50D3 | S-1 Pashminadepot.com - Ed Sanders 07-30-2008 | Edgar | | | |
| 50E | Chart - Liquid Financial Engines Distributions Summary | Summary | | | |
| 50E1 | Notice of Effectiveness | Edgar | | | |
| 50E2 | 8-K Liquid Financial Engines 07-27-2009 | Edgar | | | |
| 50E3 | S-1 Liquid Financial Engines - Daniel McKelvey 01-27-2009 | Edgar | | | |
| 50F | Chart - Mobieyes Software Distributions Summary | Summary | | | |
| 50F1 | Notice of Effectiveness Mobieyes | Edgar | | | |
| 50F2 | 8-K Mobieyes Software 02-09-2010 | Edgar | | | |
| 50F3 | S-1 Mobieyes Software - Kevin Miller 05-20-2009 | Edgar | | | |
| 50G | Chart - mBeach Software Distributions Summary | Summary | | | |
| 50G1 | Notice of Effectiveness mBeach Software | Edgar | | | |
| 50G2 | 8-K mBeach Software 06-15-2010 | Edgar | | | |
| 50G3 | S-1 mBeach Software - William Gaffney 11-04-2009 | Edgar | | | |
| 50H | Chart - MIB Digital Distributions Summary | Summary | | | |
| 50H1 | Notice of Effectiveness MIB Digital | Edgar | | | |
| 50H2 | 8-K Cahaba (MIB Digital) 08-23-2010 | Edgar | | | |
| 50H3 | 8-K Cahaba (MIB Digital) 08-24-2010 | Edgar | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 50H4 | S-1 MIB Digital - Scott Hughes 03-01-2010 | Edgar | | | |
| 50I1 | Notice of Effectiveness - Intake Communications | Edgar | | | |
| 50I2 | S-1 Intake Communication - Ron Warren 03-23-2010 | Edgar | | | |
| 50J | Chart - Teaching Time Distributions Summary | Summary | | | |
| 50J1 | Notice of Effectiveness Teaching Time | Edgar | | | |
| 50J2 | 8-K Red Mountain (Teaching Time) 03-15-2011 | Edgar | | | |
| 50J3 | 8-K Teaching Time 02-02-2011 | Edgar | | | |
| 50J4 | S-1 Teaching Time - Lisa Lamson 06-07-2010 | Edgar | | | |
| 50K | Chart - Hidden Ladder Distributions Summary | Summary | | | |
| 50K1 | Notice of Effectiveness Hidden Ladder | Edgar | | | |
| 50K2 | 8-K Elite Nutritional - Hidden Ladder 08-09-2011 | Edgar | | | |
| 50K3 | S-1 Hidden Ladder - David Johnson 08-17-2010 | Edgar | | | |
| 50L | Chart - BCS Solutions Distributions Summary | Summary | | | |
| 50L1 | Notice of Effectiveness BCS Solutions | Edgar | | | |
| 50L2 | 8-K BCS Solutions 04-05-2011 | Edgar | | | |
| 50L3 | S-1 BCS Solutions - Tyler Vorhies 09-27-2010 | Edgar | | | |
| 50M | Chart - Benefit Solutions Outsourcing - Buckeye Oil Distributions Summary | Summary | | | |
| 50M1 | Notice of Effectiveness Benefits Solutions Outsourcing | Edgar | | | |
| 50M2 | 8-K Benefit Solutions (Buckeye Oil & Gas) 06-02-2011 | Edgar | | | |
| 50M3 | S-1 Benefit Solutions Outsourcing - Jamie Mills 09-28-2010 | Edgar | | | |
| 50N | Chart - Entertainment Art Distributions Summary | Summary | | | |
| 50N1 | Notice of Effectiveness Entertainment Art | Edgar | | | |
| 50N2 | 8-K Entertainment Art - Jeffrey Lamson | Edgar | | | |
| 50N3 | S-1 Entertainment Art -  07-18-2008 | Edgar | | | |
| 50O | Chart - Big Clix Distributions Summary | Summary | | | |
| 50O1 | Notice of Effectiveness Big Clix | Edgar | | | |
| 50O2 | 8-K Big Clix 09-25-2013 | Edgar | | | |
| 50O3 | BCLX Stock Sales 2 | WDCO 0094 | | | |
| 50O4 | S-1 Big Clix - Patrick Yore 11-23-2010 | Edgar | | | |
| 50P | Chart - mLight Tech Distributions Summary | Summary | | | |
| 50P1 | Notice of Effectiveness mLight | Edgar | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| 50P2 | 8-K mLight Tech 08-07-2013 | Edgar | | | |
| 50P3 | S-1 mLight Tech - Edward Sanders 12-13-2010 | Edgar | | | |
| 50Q | Chart - Blue Sun Media Distributions Summary | Summary | | | |
| 50Q1 | Notice of Effectiveness Blue Sun Media | Edgar | | | |
| 50Q2 | 8-K Blue Sun Media 06-25-2013 | Edgar | | | |
| 50Q3 | S-1 Blue Sun Media - Elise Travertini 03-29-2011 | Edgar | | | |
| 50R | Chart - BlueFlash Communications Distributions Summary | Summary | | | |
| 50R1 | Notice of Effectiveness BlueFlash Communications | Edgar | | | |
| 50R2 | 8-K BlueFlash Communications 06-20-2013 (A) | Edgar | | | |
| 50R3 | 8-K BlueFlash Communications 06-20-2013 (B) | Edgar | | | |
| 50R4 | S-1 BlueFlash Communications - D. Brad German 04-13-2011 | Edgar | | | |
| 50S | Chart - FanSport Distributions Summary | Summary | | | |
| 50S1 | Notice of Effectiveness FanSport | Edgar | | | |
| 50S2 | 8-K FanSport 06-28-2013 | Edgar | | | |
| 50S3 | S-1 FanSport - Kristen Cleland 08-10-2011 | Edgar | | | |
| 50T | Notice of Effectiveness - ShopEye | Edgar | | | |
| 50T1 | S-1 ShopEye - Chris Marsh 10-19-2011 | Edgar | | | |
| 50T2 | S-1 ShopEye - Ethelinda Corpuz 09-04-2013 | Edgar | | | |
| 50U | Notice of Effectiveness - Mobile Vault | Edgar | | | |
| 50U1 | S-1 Mobile Vault - Danielle Olsen 01-24-2012 | Edgar | | | |
| 50V | Schneider - Transfer Agents Summary | Summary | | | |
| 50W | Schneider - Notice date vs. First Deposit | Summary | | | |
| 50X | Schneider - Disbursements of Control Persons | Summary | | | |
| 50Y | Schneider - Disbursements of Control Persons by Issuer | Summary | | | |
| 50Z | Schneider - Billing Record Exhibit 701 | Summary | | | |
| 51A | Schneider - Superseding Indictment Counts 14-33 | Summary | | | |
| 51B | Schneider - Control Persons vs. Listed Officers | Summary | | | |
| 51C | Schneider - Distributions For 17 Shell Companies | Summary | | | |
| 51D | Schneider - Sole Officers Summary Bank | Summary | | | |
| 51E | Schneider - Payments to Rose | Summary | | | |
| | | | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| GOV. EX. # | DOCUMENT DESCRIPTION | SOURCE/BATES NO. | IDENTIFIED | ADMITTED | DENIED |
|---|---|---|---|---|---|
|  |  |  |  |  |  |