UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20712-FAM

**UNITED STATES OF AMERICA,**

vs.

**JAMES M. SCHNEIDER,**

        **Defendant.**

_____/

## GOVERNMENT'S AMENDED WITNESS LIST

The United States hereby files its amended witness list. At trial, in its case-in-chief, the United States called the following witnesses:

1. Michael Vax
2. Steven Sanders
3. Alvin Mirman
4. John Ahearn
5. Sheldon Rose
6. Elise Travertini
7. Marisa Watson Gayman
8. Andrew Wilson
9. David Lubin
10. Yelena Furman
11. Edward Sanders
12. Eric Busto
13. Jamie Mills
14. Alexander Scoufis
15. Leo Gillman
16. Milagros Bouillerce

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   /s/ Jerrob Duffy
        Jerrob Duffy
        Assistant United States Attorney
        Court No. A5501106
        99 NE 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9273
        Fax: (305) 530-6168

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2018, the undersigned electronically filed the foregoing document using CM/ECF

        /s/ Jerrob Duffy
        Assistant United States Attorney