UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20712-FAM

UNITED STATES OF AMERICA

vs.

JAMES M. SCHNEIDER,

    Defendant.

_____/

## DEFENDANT JAMES M. SCHNEIDER'S WITNESS LIST

Defendant, James M. Schneider, called the following witnesses during his defense case:

1. James M. Schneider

2. Michael Meyers

Respectfully submitted,

By: /s/ Armando Rosquete
Armando Rosquete, Esq.
Florida Bar No. 648434
Email:  arosquete@brresq.com
BELL ROSQUETE REYES, PLLC
999 Ponce de Leon Boulevard
Suite 1120 PH
Coral Gables, Florida 33134
Telephone: (305) 570-1610
Facsimile: (305) 570-1599

By: /s/ Ira L. Sorkin
Ira Lee Sorkin, Esq.
Maria Garcia, Esq.
MINTZ & GOLD, LLP
600 Third Avenue
New York, NY 10016
Phone: (212) 696-4848
Fax: (212) 696-1231
E-mail: sorkin@mintzandgold.com
Email: garcia@mintzandgold.com
*Admitted Pro Hac Vice*

*Attorneys for James M. Schneider*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on all counsel or parties of record on the Service List.

By: /s/ *Armando Rosquete*
Armando Rosquete, Esq.

## SERVICE LIST

Jerrob Duffy, Esq.
Assistant United States Attorney
United States Attorney's Office
99 N.E. 4th Street, 4th Floor
Miami, FL 33132
305-961-9273
Fax: 305-536-5321
Email: jerrob.duffy@usdoj.gov

Christopher Barrett Browne
Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street, 6th Floor
Miami, FL 33132-2111
305-961-9419
Fax: 305-530-7976
Email: christopher.browne@usdoj.gov

Jeffrey Thomas Cook
United States Securities & Exchange Commission
801 Brickell Avenue
18th Floor
Miami, FL 33131
305-982-6300
Email: cookje@sec.gov