UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20712-CR-MORENO(s)

UNITED STATES OF AMERICA,

vs.

JAMES M. SCHNEIDER,

    Defendant.
_____ /

**GOVERNMENT'S NOTICE OF FILING FINAL EXHIBIT LIST
OF ADMITTED EXHIBITS**

    The United States of America, by and through the undersigned Assistant United States Attorneys, hereby files its Final Exhibit List of Admitted Exhibits.

By: /s/ Jerrob Duffy
Assistant United States Attorney
Court No. A5501106
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961- 9273
Fax: (305) 530- 6168
Jerrob.Duffy@usdoj.gov

/s/ Christopher B. Browne
Assistant United States Attorney
Florida Bar No. 91337
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961- 9419
Fax: (305) 530- 6168
Christopher.Browne@usdoj.gov

/s/ Jeffrey Cook
Special Assistant United States Attorney
Florida Bar No. 647578
99 Northeast 4th Street
Miami, Florida 33132-2111

                              Tel: (305) 961- 9004
                              Fax: (305) 530- 6168
                              Jeffrey.Cook2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served by filing via the same via the Court's CM/ECF filing system, on all counsel or parties of record on the Service List below.

                              *s/ Jerrob Duffy*
                              Assistant United States Attorney

## **SERVICE LIST**

Ira Lee Sorkin, Esq.
Maria E. Garcia, Esq.
Mintz & Gold LLP
600 Third Avenue
New York, NY 10016
Phone: (212) 696-4848
Fax: (212) 696-1231
E-mail: sorkin@mintzandgold.com
E-mail: garcia@mintzandgold.com

Armando Rosquete, Esq.
Bell Rosquete Reyes
Phone: (305) 570-1551
Fax: (305) 570-1599
999 Ponce de Leon Boulevard, Suite 1120
PH Coral Gables, FL 33134
E-mail: arosquete@brresq.com

*Attorneys for Defendant James Schneider*