

## GOVERNMENT'S AMENDED EXHIBIT LIST OF ADMITTED EXHIBITS
### United States of America v. James M. Schneider
### CASE NO. 17-CR-20712-MORENO

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| | **COUNT 1 - GENERAL ITEMS** |
| 1A | Composite of Schneider Law Firm IOTA Trust Account Statements for 17 companies as Produced to SEC |
| 1B | Composite of Schneider Law Firm Billing Records as Produced to SEC |
| 1C | Composite of Schneider transfer agent opinion letters |
| 1D | Composite of Schneider Form S-1 opinion letters |
| 1E | 11-21-2012 email string among Steven Sanders, Schneider, and potential shell buyer regarding FanSport and mLight Tech |
| 1F | 06-12-2013 email from Steven Sanders to Schneider cc Monda & McKelvey regarding Shopeye S-1 and Schneider opinion letter |
| 1G | 12-02-2009 email from Steven Sanders to Gerald copying Schneider regarding mBeach Software with attached Term Sheet |
| | **COUNT 2 - Intake Communications (IKCC) / Game Face Gaming (GFGI)** |
| 2A | 03-26-2012 Stock Purchase Agreement between Schneider and DCO Capital for Game Face Gaming shares |
| 2B | 03-02-2010 email from Steven Sanders to Schneider re Intake Form S-1 SEC comments |
| 2C | 03-03-2010 InTake response to SEC comments on Form S-1 and Schneider law firm invoice for work on S-1 comments |
| 2D | 03-05-2010 Schneider Form S-1 opinion for InTake |
| 2E | 01-03-2011 email from Chesnutt to Steven Sanders and Schneider re InTake forward split/name change and delay announcement of new management |
| 2F | 01-17-2011 email from Chesnutt to Lubin re InTake name change and stock split application |
| 2G | 01-18-2011 email from Chesnutt to S. Sanders, McKelvey and Schneider with InTake draft Form 8-K regarding name change and stock split |
| 2H | 01-18-2011 email string among S. Sanders, McKelvey, Chesnutt, Schneider and Lubin regarding InTake draft Form 8-K re name change and stock split at Schneider's request |
| 2I | 01-19-2011 email from Chesnutt to Guilbert, S. Sanders and Schneider regarding InTake Form 8-K regarding name change and stock split |
| 2J | 01-25-2011 email from Schneider to Chesnutt, Guilbert, and S. Sanders regarding InTake Form 8-K regarding name change and stock split |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 2K | 01-25-2011 InTake Form 8-K as filed with SEC regarding name change and stock split |
| 2L | 02-10-2011 Game Face Gaming Form 8-K as filed with SEC |
| 2M | 03-29-2011 email string among S. Sanders, Schneider, McKelvey and Monda regarding opinion letters of Game Face Gaming and BCS Solutions |
| 2N | 03-29-2011 email string among S. Sanders, Schneider, McKelvey and Monda regarding Game Face Gaming and BCS opinion letters |
| 2O | 03-30-2011 email from Monda to McKelvey and S. Sanders, cc Schneider, regarding Game Face Gaming and BCS opinion letters |
| 2P | 04-01-2011 opinion letter from Schneider to Game Face Gaming and Lubin regarding Game Face Gaming shares |
| 2Q | 03-22-2012 email from S. Sanders to Schneider cc Monda re stock purchase agreement for Schneider sale of 50,000 shares of Game Face Gaming |
| 2R | 03-22-2012 email string among Schneider, S. Sanders, Mirman, McKelvey, Lubin, Monda and Seidman regarding Game Face Gaming stock purchase agreements |
| 2S | 03-22-2012 email string among Schneider, S. Sanders, Mirman, McKelvey, Lubin, Monda and Seidman regarding Game Face Gaming stock purchase agreements |
| 2T | 03-26-2012 email string among Schneider, S. Sanders, Mirman, McKelvey, Lubin, Grossman, and Seidman regarding Game Face Gaming stock sale proceeds |
| 2U | Bank statement for 03-26-2012 regarding stock sale proceeds to Schneider, S. Sanders, McKelvey, Mirman and Lubin |
| 2V | Transfer agent documents showing share transfer of S. Sanders-McKelvey-Mirman-Schneider-Lubin regarding Game Face Gaming shares |
| 2W | 11-04-2010 email from Lubin to Ahearn copying S. Sanders attaching Term Sheet for InTake |
| 2X | 03-22-2012 email from Seidman to S. Sanders, cc Mirman-Schneider-Monda-McKelvey-Lubin, regarding purchase agreements to be signed, w attachment agreements |
| | **COUNT 3 - Intake Communications (IKCC) / Game Face Gaming (GFGI)** |
| 3A | 04-04-2012 Opinion Letter by Lubin to transfer agent regarding sale by McKelvey, S. Sanders, Mirman and Schneider of Game Face Gaming shares |
| | **COUNT 4 - Big Clix  (BCLX)** |
| 4A | 11-21-2012 opinion letter from Schneider to DTC regarding Big Clix shares in the name of McKelvey |
| 4B | 11-21-2012 email string among Schneider, S. Sanders, Monda, DTC and McKelvey regarding opinion letter by Schneider to DTC regarding Big Clix shares in the name of McKelvey |
| 4C | 03-23-2011 email from Monda to S. Sanders cc McKelvey regarding opinion letters from Schneider to transfer agent regarding both Big Clix and mLight Tech with attached opinions |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 4D | 07-31-2012 emails between S. Sanders and Monda regarding Sanders request for Schneider law firm to wire Big Clix funds to BlueFlash |
| 4E | 09-18-2013 email string among Schneider, McKelvey, S. Sanders and buyers' counsel regarding Big Clix escrow agreement |
| 4F | 09-18-2013 Escrow Agreement re Big Clix signed by Schneider as escrow agent |
| 4G | 09-23-2013 email from S. Sanders to Schneider, Monda, and McKelvey with instructions to distribute Big Clix funds from escrow |
| 4H | 09-23-2013 from S. Sanders to Schneider, cc Miller, Monda and McKelvey, regarding $187,677 in open market trades of Big Clix |
| 4I | 09-24-2013 Email between Schneider, Monda, S. Sanders, others, regarding open market trades of Big Clix shares for $187,677 |
| 4J | 09-27-2013 email from Schneider to McKelvey regarding second escrow agreement for Big Clix shares |
| 4K | 10-01-2013 email from S. Sanders to McKelvey regarding release of funds from trades in Big Clix shares |
| 4L | 10-04-2013 email from S. Sanders to Schneider, Monda, and McKelvey with instructions to distribute Big Clix funds from escrow |
| 4M | Big Clix Form S-1/A signed 11-23-2010 |
| | **COUNT 5 - FanSport (FSPT)** |
| 5A | 02-26-2013 email from Monda to Kass, S. Sanders, McKelvey and Schneider attaching opinion letter signed by Schneider regarding Fansport shares in the name of McKelvey |
| 5B | 10-10-2012 email from McKelvey to S. Sanders, Chesnutt, cc Schneider regarding SEC filings for Fansport |
| 5C | 10-10-2012 email string among S. Sanders, McKelvey, Schneider and Chesnutt regarding SEC filing for Fansport |
| 5D | 11-21-2012 email string among S. Sanders, Schneider, regarding David Lazar attempting to acquire Pubco for $175,000 regarding FanSport and mLight Tech |
| 5E | 02-06-2013 emails from S. Sanders to Monda, Schneider and McKelvey directing disbursements to MBN and transfer agent from Fansport escrow |
| 5F | 02-25-2013 email string among McKelvey, Monda, Schneider and S. Sanders with McKelvey directing disbursement of Fansport funds |
| 5G | 02-25-2013 email from McKelvey to Schneider, Monda, Chesnutt and S. Sanders requesting DTC opinion |
| 5H | 02-26-2013 email string among McKelvey, Kass, S. Sanders, Schneider and Monda regarding DTC opinion |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 5I | 09-27-2013 email string among McKelvey, Kass, S. Sanders, Schneider and Monda with S. Sanders instructions on distribution of Fansport proceeds |
| 5J | 10-04-2013 email from S. Sanders to Schneider, Monda, and McKelvey with instructions for wires for Fansport, mLight and Big Clix |
| 5K | 10-08-2013 email string among S. Sanders, Schneider, Monda and McKelvey with S. Sanders instructions for wires for Fansport proceeds |
| 5L | 11-04-2013 email string among S. Sanders, Schneider, Monda and McKelvey with S. Sanders instructions for wires for Fansport proceeds to Sallah & Cox, and D. Chase law firms re Sanders & McKelvey |
| 5M | Fansport Form 8-K date of report 06-07-2013 regarding K. Cleland purported resignation |
| 5N | Fansport Form 8-K date of report 06-28-2013 regarding K. Cleland purported sale of shares for $300,000 |
| | **COUNT 6 - mLight Tech (MLGT)** |
| 6A | 03-05-2013 email string among Monda, Kass, S. Sanders, McKelvey, Schneider and Chesnutt with attached opinion letter signed by Schneider regarding shares in the name of Lorraine Sanders |
| 6B | mLight Form S-1/A with opinion signed by Schneider dated 12-13-2010 |
| 6C | 10-05-2011 email from S. Sanders to Schneider, McKelvey and Monda re proposed Form 8-K for mLight |
| 6D | 10-06-2011 email from S Sanders to Schneider with draft Form 8-K for mLight |
| 6E | 10-14-2011 Form 8-K for mLight as filed with the SEC |
| 6F | 11-21-2012 email string among S. Sanders, Schneider, and Lazar re potential shell purchase of Fansport and mLight Tech |
| 6G | 02-07-2013 email string among Schneider, McKelvey, Chesnutt and S. Sanders re 20:1 stock split for mLight Tech |
| 6H | 03-04-2013 email string among McKelvey, Schneider, Chesnutt, Monda, and S. Sanders requesting DTC opinion |
| 6I | 05-06-2013 email from S. Sanders to Schneider, copying Monda and McKelvey regarding $20,000 check and closing mLight Tech transaction |
| 6J | 07-11-2013 email from S. Sanders to Schneider copying Monda re wires from Belize for mLight Tech |
| 6K | 07-17-2013 email string among S. Sanders, Schneider, Monda, and McKelvey re escrow agreement for purported sale by Ed Sanders of 180,000,000 shares for $400,000 |
| 6L | 07-17-2013 email string among McKelvey, Schneider, S. Sanders and Monda re mLight escrow agreement for sale by E. Sanders of 180 million shares for $400,000 |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 6M | 07-23-2013 email string among McKelvey, Schneider, S Sanders and Monda attaching escrow agreement signed by Schneider as escrow agent for purported private sale by Ed Sanders of 180,000,000 shares for $400,000 |
| 6N | 09-10-2013 email from S. Sanders to Schneider and copying McKelvey and Monda with instructions for distribution of funds from incoming $225,000 for mLight |
| 6O | 09-25-2013 email from S. Sanders to Schneider and copying McKelvey and Monda with instructions for distribution of $54,000 wire transfers |
| 6P | 10-08-2013 email from S. Sanders to Schneider and copying McKelvey and Monda with instructions for distribution of $83,000 wire transfers |
| 6Q | 10-16-2013 email from S. Sanders to Schneider and copying McKelvey and Monda with instructions for distribution of final $99,800 wire transfer |
| 6R | 08-05-2013 email from Monda to S. Sanders and McKelvey attaching Schneider law firm invoices for Big Clix, Fansport, mLight Tech and ShopEye |
| 6S | 08-07-2013 mLight Form 8-K re Ed Sanders purported sale of 82.8% of mLight shares in private transaction |
| 6T | 07-11-2013 email from S. Sanders to Schneider copying Monda re 3 wires from Belize for mLight Tech |
| 6U | 07-17-2013 email string among S. Sanders, McKelvey and Monda regarding Consulting Logistics LLC wire transfer |
| 6V | Lorraine Sanders Wilson-Davis brokerage account records re mLight Tech shares |
| 6W | Consulting Logistics LLC Wilson-Davis brokerage account records re mLight Tech shares |
| | **COUNT 7 - FanSport (FSPT)** |
| 7A | 02-25-2013 email from McKelvey to Schneider, Monda, Chesnutt and S. Sanders requesting DTC opinion |
| | **COUNT 8 - mLight Tech (MLGT)** |
| 8A | 03-05-2013 email string among Monda, Kass, S Sanders, McKelvey, Schneider and Chesnutt with attached opinion letter signed by Schneider regarding shares in the name of Lorraine Sanders |
| | **COUNT 9 - BlueFlash (BLFL)** |
| 9A | 05-10-2013 email string among S. Sanders, Schneider, McKelvey and Gottbetter law firm regarding agreement to sell Blueflash |
| 9B | 10-16-2012 email string among Chesnutt, S. Sanders and Schneider re stock split application |
| 9C | 11-13-2012 email from Schneider to S. Sanders regarding potential buyer for BlueFlash |
| 9D | 05-10-2013 email string among McKelvey, S. Sanders, Schneider and Gottbetter law firm attaching draft escrow agreement |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 9E | 05-13-2013 email string among Monda, S. Sanders, and Schneider regarding S. Sanders request for opinion |
| 9F | 05-14-2013 email from S Sanders to Schneider, Monda and McKelvey re opinion |
| 9G | 05-17-2013 email string among S. Sanders, McKelvey, Schneider and Monda sending escrow agreement signed by Schneider as escrow agent re sale of 100% of free-trading shares for $240,000 |
| 9H | 05-30-2013 email string among S. Sanders, Schneider, Monda and McKelvey regarding two wires for $240,700 |
| 9I | 06-03-2013 email string among Gottbetter law firm, Schneider, McKelvey and S. Sanders regarding breaking escrow on BlueFlash |
| 9J | 06-03-2013 email string among S Sanders, Schneider, Monda, and McKelvey with instructions from S. Sanders for BlueFlash disbursements |
| 9K | 06-03-2013 email string among Schneider, Monda, McKelvey and Gottbetter law firm regarding BlueFlash closing |
| 9L | 06-03-2013 email string among Schneider, McKelvey, S. Sanders and transfer agent regarding wire to transfer agent |
| 9M | 06-03-2013 email string among Schneider, S. Sanders, McKelvey and Monda with S Sanders instructions for Schneider to wire $240,000 to transfer agent and receive $200,000 back from transfer agent, Schneider to Monda approving the outgoing wires |
| 9N | 06-06-2013 email string among McKelvey, S. Sanders, Schneider, Chesnutt and Monda regarding BlueFlash Stock Purchase Agreement |
| 9O | BlueFlash Form 10-Q dated 06-11-2013 |
| 9P | BlueFlash Form 8-K dated 05-15-2012 |
| 9Q | BlueFlash Form 8-K dated 06-20-2013 |
| | **COUNT 10 - ShopEye** |
| 10A | 06-12-2013 email from S Sanders to Schneider and copying McKelvey and Monda requesting Form S-1 opinion letter re ShopEye |
| 10B | 10-19-2011 Shopeye Form S-1 with Opinion of Counsel |
| 10C | 2013 Shopeye Form S-1 with Opinion of Counsel |
| | **COUNT 11 - Big Clix  (BCLX)** |
| 11A | 09-23-2013 email from Sanders to Schneider, Miller, Monda and McKelvey regarding second escrow agreement for $187,677 regarding open market trades of Big Clix shares |
| | **COUNT 12 - FanSport (FSPT)** |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 12A | 10-07-2013 email string among S. Sanders, Schneider, Monda and McKelvey with S. Sanders instructions for wires from Fansport proceeds |
| | **COUNT 13 - GENERAL ITEMS** |
| 13A | FDIC Certificate regarding Sabadell Bank |
| 13B | McKelvey BCLX Share Sale Confirm Brokerage statement as of September 2013 |
| 13C | Composite Wire Transfers regarding Schneider law firm Acct. x4471 |
| 13D | Composite Wire Transfers from Schenider law firm acct. 2008-09 |
| 13E | Sabadell Acct Bank Signature Card regarding Schneider law firm Acct. x4471 |
| | **COUNT 14 - $150,000 to Michael Mraz - Entertainment Art (EERT)** |
| 14A | 10-28-2010 Email from Gushlak to S. Sanders regarding Pubco EERT |
| 14B | 01-04-2012 email string between S. Sanders and Mraz regarding contact information |
| 14C | 06-25-2012 email string between S. Sanders and McKelvey regarding visit to Gushlak at Crone |
| 14D | 10-11-2012 email from S. Sanders to Monda copying Schneider and McKelvey regarding expecting $325,000 wire and forthcoming wire instructions for EERT |
| 14E | 10-12-2012 email string between S Sanders and Mraz regarding Myron |
| 14F | 10-15-2012 email string among Schneider, McKelvey, S. Sanders and Dean regarding disbursements |
| 14G | 10-19-2012 email from S Sanders to Schneider and Monda with instructions for disbursement of EERT funds |
| 14H | 10-22-2012 email string among S. Sanders, McKelvey, Schneider, Monda and Dean re attached EERT consulting agmt. signed by Schneider |
| 14I | 10-22-2012 EERT Wire Disbursements by Pearlman Schneider with bank letter signed by Schneider |
| 14J | 10-22-2012 email from S. Sanders to Monda copying Schneider with instructions to wire $150,000 to Mraz |
| 14K | 10-23-2012 email string between S. Sanders and Monda re EERT wires on Schneider desk |
| 14L | EERT Bluesheet data |
| 14M | Sabadell Wire Transfer Confirmation Acct. x4471 re $150,000 to Mraz |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 14N | Sabadell Bank Statement October 2012 Acct. x4471 |
| 14R | 08-11-2011 Ltr. to D.Lubin re McKelvey EERT shares from A. Wilson |
| **COUNT 15 - $100,000 to Yelena Furman re Entertainment Art (EERT)** | |
| 15A | Promissory Note between S. Sanders and Y. Furman for $100,000 |
| 15B | Sabadell Bank Statement October 2012 Acct. x4471 |
| 15C | Sabadell Wire Transfer $100,000 Acct. x4471 |
| 15D | Chase Bank Statement Acct x6145 (Oct. - Nov. 2012) |
| 15E | 04-02-2010 Email from Monda to S. Sanders regarding MIB opinion with letter |
| 15F | 07-19-2010 Email from Mirman to Schneider copyiing Monda and S. Sanders regarding signed stock powers for MIB shareholders |
| **COUNT 16 - $35,258 to MBN Consulting LLC regarding Entertainment Art (EERT)** | |
| 16A | Sabadell Bank Account Statement October 2012 Acct. x4471 |
| 16B | Sabadell Bank Wire Transfer $35,258 Acct. x4471 |
| 16C | TD Bank Account Statement October 2012 |
| 16D | TD Bank Signature Card |
| 16E | TD Bank Wire Transfer $35,258 |
| **COUNT 17 - $100,218 to MBN Consulting LLC regarding Blue Flash (BLFL)** | |
| 17A | 06-03-2013 5:38pm email from S. Sanders to Schneider, Monda and McKelvey re BlueFlash wires: $240,000 to transfer agent and $200,000 back from transfer agent and 6:35pm email from Schneider to Monda approving outgoing wire |
| 17B | Sabadell Bank Account Statement June 2013 Acct. x4471 |
| 17C | Sabadell Wire Transfer $100,218 Acct. x4471 re MBN Consulting |
| 17D | TD Bank Statement Account x4319  June 2013 |
| 17E | TD Bank Wire Transfer $100,218 |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| | **COUNT 18 - $84,718 to Daniel McKelvey regarding Blue Flash (BLFL)** |
| 18A | Sabadell Bank Account Statement May-June 2013 Acct. x4471 |
| 18B | Sabadell Bank Wire Transfer $84,718 Acct. x4471 |
| | **COUNT 19 - $112,087 to MBN Consulting LLC regarding Blue Sun (BLES)** |
| 19A | Sabadell Bank Account Statement May-June 2013 Acct. x4471 |
| 19B | Sabadell Bank Wire Transfer $112,087 Acct. x4471 |
| | **COUNT 20 - $92,588 to Daniel McKelvey regarding Blue Sun (BLES)** |
| 20A | Sabadell Bank Account Statement May-June 2013 Acct. x4471 |
| 20B | Sabadell Bank Wire Transfer $92,588 Acct. x4471 |
| | **COUNT 21 - $16,750 to MBN Consulting LLC regarding Big Clix (BCLX)** |
| 21A | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 |
| 21B | Sabadell Bank Wire Transfer $16,750 Acct. x4471 |
| | **COUNT 22 - $43,943 to MBN Consulting LLC regarding Big Clix (BCLX)** |
| 22A | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 |
| 22B | Sabadell Bank Wire Transfer $43,943 Acct. x4471 |
| | **COUNT 23 $51,666 to MBN Consulting LLC regarding mLight Tech (MLGT)** |
| 23A | 09-11-2013 email string among S Sanders, Schneider, McKelvey and Monda re instructions for distribution of $225,000 |
| 23B | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 |
| 23C | Sabadell Bank Wire Transfer $51,666 Acct. x4471 |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| | **COUNT 24 - $51,667 to Daniel McKelvey regarding mLight Tech (MLGT)** |
| 24A | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 |
| 24B | Sabadell Bank Wire Transfer $51,667 Acct. x4471 |
| | **COUNT 25 - $51,667 to Ilene Mirman regarding mLight Tech (MLGT)** |
| 25A | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 |
| 25B | Sabadell Bank Wire Transfer $51,667 Acct. x4471 |
| | **COUNT 26 - $25,500 to MBN Consulting LLC regarding mLight Tech (MLGT)** |
| 26A | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 |
| 26B | Sabadell Bank Wire Transfer $25,500 Acct. x4471 |
| | **COUNT 27 - $25,500 to Daniel McKelvey regarding mLight Tech (MLGT)** |
| 27A | Sabadell Bank Account Statement Aug. - Sept. 2013 Acct. x4471 |
| 27B | Sabadell Bank Wire Transfer $25,500 Acct. x4471 |
| | **COUNT 28 - $41,500 to MBN Consulting LLC regarding mLight Tech (MLGT)** |
| 28A | Sabadell Bank Account Statement Sept. - Oct. 2013 Acct. x4471 |
| 28B | Sabadell Bank Wire Transfer $41,500 Acct. x4471 |
| | **COUNT 29 - $41,500 to Daniel McKelvey regarding mLight Tech (MLGT)** |
| 29A | Sabadell Bank Account Statement Sept. - Oct. 2013 Acct. x4471 |
| 29B | Sabadell Bank Wire Transfer $41,500 Acct. x4471 |
| | **COUNT 30 - $49,900 to AU Consulting LLC regarding mLight Tech (MLGT)** |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 30A | 10-16-2013 email from S Sanders to Schneider and copying McKelvey and Monda with instructions for distribution of $99,800 wire transfer |
| 30B | Sabadell Bank Account Statement Sept. - Oct. 2013 Acct. x4471 |
| 30C | Sabadell Bank Wire Transfer $49,900 Acct. x4471 |
| | **COUNT 31 - $49,900 to Daniel McKelvey regarding mLight Tech (MLGT)** |
| 31A | Sabadell Bank Account Statement Sept. - Oct. 2013 Acct. x4471 |
| 31B | Sabadell Bank Wire Transfer $49,900 Acct. x4471 |
| | **COUNT 32 - $49,990 to MBN Consulting LLC regarding Fan Sport (FSPT)** |
| 32A | 10-04-2013 email from S Sanders to Schneider, Monda, and McKelvey with instructions for wire transfers for Fansport, mLight and Big Clix |
| 32B | 10-07-2013 email string among S Sanders, Schneider, Monda and McKelvey with S Sanders instructions for wire transfers re Fansport proceeds |
| 32C | Sabadell Bank Account Statement Sept. - Oct. 2013 Acct. x4471 |
| 32D | Sabadell Bank Wire Transfer $49,990 Acct. x4471 |
| | **COUNT 33 - $49,990 to Daniel McKelvey re Fan Sport (FSPT)** |
| 33A | Sabadell Bank Account Statement Sept. - Oct. 2013 Acct. x4471 |
| 33B | Sabadell Bank Wire Transfer $49,990 Acct. x4471 |
| | **COUNTS 34 and 35 - U.S. Securities and Exchange Commission (SEC) James M. Schneider Transcripts and General Items** |
| 34A | Schneider SEC Testimony Day 1 Excerpt 03-20-2015 |
| 34A1 | SEC Form 1662 Ex. 1 to Transcript |
| 34A2 | Memo from Schneider to Carrillo, Ex. 204 to Transcript |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 34A3 | 09-29-2010 email from Laz Rothstein to S Sanders re acquiring public shell, Ex. 698 to Transcript |
| 34A4 | 09-29-2010 email from Chesnutt to S Sanders and Schneider re "Do you have any OTCBB shells?" |
| 34A5 | 11-21-2012 email string among S. Sanders, Schneider, and Lazar re potential shell purchase of Fansport and mLight Tech |
| 34B | Audio Clips from Day 1 Recording of SEC Testimony Day 1 on 03-20-2015 |
| 34C | Schneider SEC Testimony Day 2 Excerpts 05-20-2015 |
| 34C1 | 10-05-2010 email from Chesnutt to S Sanders re Pubco, Ex. 812 to SEC Transcript |
| 34C2 | 11-21-2012 Schneider Opinion re Big Clix shares in the name of McKelvey, Ex. 816 to SEC Transcript |
| 34C3 | 02-26-2013 Schneider Opinion re Fansport shares in the name of McKelvey, Ex. 817 to SEC Transcript |
| 34C4 | 03-08-2013 Schneider Opinion re mLight shares in the name of Lorraine Sanders, Ex. 818 to SEC Transcript |
| 34C5 | 03-09-2009 Schneider Opinion re Liquid Financial Engines shares in the name of Ilene Mirman, Ex. 819 to SEC Transcript |
| 34C6 | Bank account statement re transfer to Schneider Weinberger 3-26-2012 $2,990, Ex. 868 to SEC Transcript |
| 34D | Audio Clips from Recording of Schneider SEC Testimony Day 2 on 05-20-2015 |
| 34E | 10-26, 27-2009 email string among Schneider, S Sanders and Sean Sullivan re possible shell acquisition |
| 34F | 10-27-2009 email string between Schneider and S Sanders re Sean Sullivan |
| 34G | 12-02-2009 email from S Sanders to Gerald copying Schneider re mBeach Software with attached term sheet |
| 34H | 01-06-2010 email from S Sanders to Schneider with Mobieyes Software term sheet |
| 34I | 02-06-2010 email string among Russo, S Sanders, and Schneider re mBeach Software |
| 34J | 10-05-2010 emails between Chesnutt and Sanders re Pubco |
| 34K | 05-26-2010 emails between Schneider and Derek Webb, Schneider to S Sanders re otcbb shell |
| 34L | Lazarus Rothstein Outlook contacts for James Schneider and Steven Sanders |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 34M | 06-07-2011 emails between Schneider and S Sanders re "Trading Shells" |
| 34N | 09-26-2012 emails between S Sanders and Schneider re "Prayer" |
| 34O | 09-26-2012 emails among S Sanders, McKelvey and John Gong, forwarded to Schneider by Sanders re "Discussion with SEC counsel" |
| 34P | 11-13-2012 emails between Schneider and S Sanders re "Blue Flash" |
| 34Q | 01-15-2015 SEC subpoena to Schneider for testimony with attached Form 1662 |
| 34R | SEC Order re FL-03841 |
| 34S | 03-20-2015 Schneider SEC Testimony Transcript |
| 34T | 05-20-2015 Schneider SEC Testimony Transcript |
| | **COUNT 35 - Additional Items** |
| 35A | 02-24-2010 email from Monda to Carrillo copying S Sanders and Schneider with memo signed by Schneider re mBeach Software sale |
| 35B | Memo from Schneider to Carrillo, Ex. 204 to Transcript |
| 35C | 09-29-2010 email from Laz Rothstein to S Sanders re acquiring public shell, Ex. 698 to SEC Transcript of Schneider testimony |
| 35D | 11-21-2012 email string among S. Sanders, Schneider, and Lazar re potential shell purchase of Fansport and mLight Tech |
| | **SERIES 36 - Premier Nursing (PNPC) - Premier Energy (PNRC)** |
| 36A | 06-09-2008 Stock Purchase Agreement $300,000 for 2.7 million "free trading shares of Common Stock" |
| 36B | 06-20-2008 Schneider opinion letter to transfer agent re sale of 2.7 million Premier shares |
| 36C | 06-13-2008 Letter from Rose to Schneider re wire of $310,000 |
| 36D | 06-13-2008 Letter from Rose to transfer agent requesting transfers of Rose's 9 million shares and issuance of 80.3 million shares |
| 36E | 06-16-2008 Stock Purchase Agreement for sale by Rose of 9 million shares for $300,000 |
| 36F | 06-18-2008 Letter to Schneider re $300,000 |
| 36G | 07-07-2008 $150,000 Promissory Note ZRV to Rose c/o Schneider |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 36H | 07-28-2008 Form 8-K re 18:1 stock split |
| 36I | 09-05-2008 Form 8-K re ZRV acquisition of 162 million shares for $300,000 and Rose resignation |
| 36J | 09-25-2008 Form 8-K re name change |
| 36K | 09-28-2008 email from S Sanders to Schneider, Monda and Mirman re $60,000 payment to Sanders from Vax for shell he purchased |
| 36L | 02-02-2009 Letter from Schneider enclosing stock certificate for 162 million shares to ZRV Consulting |
| 36M | 12-21-2012 email Rose to Mirman and Schneider |
| | **SERIES 37 - We Sell For U (WSFU)** |
| 37A | 03-06-2008 Form S-1/A with attached Schneider Weinberger legal opinion |
| 37B | 12-29-2008 Opinion Letter Schneider to Transfer Agent re transfer of 575,000 shares to MBN, I. Mirman and Herzog |
| 37C | 12-30-2008 series of closing documents |
| 37D | 10-02-2008 shareholder list of We Sell For U (WSFU) |
| 37E | 12-23-2008 shareholder list of We Sell For U (WSFU) |
| 37F | 12-30-2008 Form 8-K re change of control and attaching Stock Purchase Agreement for sale of 13.8 million shares by Farmer and certain shareholders for $311,458 |
| 37G | 06-30-2008-February 27, 2009 Schneider Weinberger bank statements |
| 37H | 03-18-2009 Opinion Letter Schneider to Transfer Agent correcting 12-29-2008 opinion |
| 37I | 12-24-2008 shareholder list |
| | **SERIES 38 - Pashmina Depot (PASH)** |
| 38A | 04-16-2009 Securities Purchase Agreement for purported sale by Edward Sanders for $175,000 |
| 38B | Pashmina 8K re Ed Sanders Purported Stock Sale |
| | **SERIES 39 - Liquid Financial Engines (LFE)** |
| 39A | 12-11-2008 email from S Sanders to Monda copying Schneider requesting new file for Liquid Financial Engines |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 39B | 12-08-2008 Form S-1 |
| 39C | 07-23-2009 Stock Purchase Agreement for purported sale of 12.7 million shares (including 12 million by McKelvey) for $260,000 |
| 39D | 07-27-2009 email from S Sanders to Schneider to tell buyer to pull the trigger |
| 39E | 08-11-2009 email from S Sanders to Schneider requesting opinions to broker-dealer for shares purportedly purchased by MBN Consulting and Ilene Mirman |
| 39F | 08-11-2009 email from S Sanders to Schneider copying Monda attaching shareholder list for opinions to broker-dealer |
| 39G | 08-13-2009 Schneider Opinion to broker-dealer re Liquid Financial shares in the name of MBN Consulting |
| 39H | 08-13-2009 Schneider Opinion to broker-dealer re Liquid Financial shares in the name of Ilene Mirman |
| **SERIES 40 - Mobieyes (MOBE)** | |
| 40A | 01-06-2010 email from S Sanders to Schneider with Mobieyes term sheet attached |
| 40B | 01-11-2010 email from S Sanders to potential buyer copying Schneider attaching draft agreements for purchase of both free-trading and restricted shares |
| 40C | 01-15-10 email from S Sanders to potential buyer re return of deposit and additional inventory mature for sale |
| 40D | 02-08-10 email from S Sanders to Schneider copying Monda attaching executed stock purchase agreement for purported sale of 12 million shares by Kevin Miller for $300,000 and disbursement instructions ($41,000 to transfer agent, additional instructions to follow) |
| 40E | 02-09-2010 Form 8-K re Kevin Miller's purported sale of shares for $300,000 in private transaction and resignation from all positions |
| **SERIES 41 mBeach Software (MBCH)** | |
| 41A | 11-04-2009 Form S-1 with Schneider Opinion attached |
| 41B | 11-10-2009 Notice of Form S-1 Effectiveness |
| 41C | 12-02-2009 email from S Sanders to Gerald copying Schneider re mBeach Software with attached Term Sheet |
| 41D | 01-17-2010 email string among S Sanders, Schneider, Mirman and potential buyer re S Sanders request for buyer's list of investors to file Form 211 |
| 41E | 02-24-2010 email from Monda to Carrillo copying S Sanders and Schneider with memo signed by Schneider re mBeach Software sale |
| 41F | 05-14-2010 email string between S Sanders and Schneider re mBeach Software opinion letter to Weinbaums and S Sanders/McKelvey deal structure going forward |
| 41G | 05-17-2010 email from Monda to S Sanders re Schneider request for S Sanders to fill in blanks on attached opinion to Weinbaums |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 41H | 05-17-2010 email from S Sanders to Schneider copying Monda re opinion to Weinbaums and escrow agreement attached |
| 41I | 05-17-2010 Escrow Agreement signed by Schneider for Gaffney private sale of 12,000,000 shares for $400,000 |
| 41J | 05-17-2010 Weinbaum opinion for purported free-trading shares of mBeach addressed c/o Lubin and signed by Schneider |
| | **SERIES 42 - MIB Digital (MIB)** |
| 42A | 04-02-2010 email from Monda to S Sanders re opinion letter signed by Schneider to transfer agent |
| 42B | 07-19-2010 email from Mirman to Schneider, Monda, and S Sanders attaching signed stock powers for 16 shareholders |
| 42C | 07-07-2010 email string between Schneider and S Sanders re Gottbetter |
| 42D | 07-16-2010 memo from Schneider to Gottbetter firm re deal structure for sale of restricted and "free trading" shares |
| 42E | 07-27-2010 email string among Gottbetter law firm, Sanders, McKelvey and Schneider re S Sanders delivery of restricted and purportedly unrestricted shares |
| 42F | 08-11-2010 email from S Sanders to Gottbetter law firm copying Schneider, McKelvey and Monda re status of deal |
| 42G | 08-13-2010 email from S Sanders to Schneider and Monda copying McKelvey with final disbursement instructions for $400,000 |
| 42H | 08-13-2010 Escrow Agreement signed by Schneider as escrow agent for sale of 1,187,250 MIB shares by shareholders for $400,000 |
| 42I | 08-13-2010 opinion signed by Schneider to buyers re MIB shares |
| 42J | 08-13-2010 Stock Purchase Agreement with signature pages of 24 shareholders for sale of MIB shares for $16,837 to each shareholder and Schneider identified as Escrow Agent |
| | **SERIES 43 - Teaching Time (TCHT)** |
| 43A | 05-06-2010 Form S-1/A Teaching Time |
| 43B | 06-07-2010 Form S-1/A Teaching Time with Schneider opinion attached |
| 43C | 07-01-2010 email string among S Sanders, McKelvey, Schneider and Monda re request for opinion to transfer agent for Form 211 and attached opinion signed by Schneider |
| 43D | Teaching Time Shareholder List per Schneider 07-01-2010 opinion |
| 43E | 10-04-2010 email from S Sanders to Schneider and Monda with disbursement instructions signed by S Sanders for $448,500 |
| 43F | 10-04-2010 opinion signed by Schneider to buyers of shares in name of 24 shareholders |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 43G | Stock Purchase Agreement re sale of at least 1,197,600 shares for $450,000 |
| 43H | 10-18-2010 email from S Sanders to Monda copying Schneider with revised instructions for escrow disbursements of $450,000 |
| 43I | 10-25-2010 email from S Sanders to Gottbetter law firm copying Schneider with final shareholder list |
| 43J | 12-07-2010 Teaching Time Form 10-Q |
| 43K | 02-02-2011 Form 8-K re resignation of Lisa Lamson |
| | **SERIES 44 - Hidden Ladder (HDDL)** |
| 44A | 10-28-2010 Opinion signed by Schneider to transfer agent |
| 44B | 03-18-2011 email from S Sanders to Schneider copying Monda with instructions from S Sanders for disbursement of $258,000 |
| 44C | 04-12-2011 Form 10-K |
| 44D | 04-28-2011 email from Schneider to S Sanders re FINRA review of corporate actions |
| 44E | 05-05-2011 email string among Schneider, S Sanders, McKelvey and Monda re stock purchase agreement |
| 44F | 06-07-2011 email string between Schneider and S Sanders re trading shells |
| 44G | 06-07-2011 FINRA name change/stock split application submitted by Schneider law firm |
| 44H | 06-17-2011 email from Chesnutt to Guilbert copying S Sanders, McKelvey and Schneider sending Form 8-K for filing with SEC re name change and stock split |
| 44I | 06-20-2011 Form 8-K re name change and stock split as filed with SEC |
| 44J | Form S-1/A with 06-10-2010 opinion letter signed by Schneider |
| 44K | 07-27-2011 Form 8-K as filed re David Johnson purported private stock sale and resignation from all positions |
| | **SERIES 45 - Benefit Solutions Outsourcing (BSO) - Buckeye Oil & Gas** |
| 45A | 09-28-2010 email string among Schneider, S Sanders, McKelvey and Monda re Schneider communications with SEC re Form S-1 |
| 45B | 03-29-2011 email string among Schneider, S Sanders and McKelvey re request for Schneider to contact Lubin |
| 45C | 05-25-2011 email from S Sanders to Lubin copying McKelvey, Schneider and Monda with instructions for Schneider's Trust account |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 45D | 05-25-2011 email from S Sanders to Schneider copying McKelvey and Monda with S Sanders instructions for disbursements upon receipt of $300,000 |
| 45E | 05-26-2011 email from S Sanders to Schneider copying McKelvey and Monda re S Sanders request for Schneider to issue opinion to Lubin clients |
| 45F | 05-26-2011 email from S Sanders to Schneider and Monda copying McKelvey with S Sanders request for opinion and attaching S Sanders instructions for disbursements upon receipt of $300,000 |
| 45G | 05-27-2011 Opinion signed by Schneider to Buckeye Oil & Gas and Lubin |
| 45I | Form S-1/A as filed with opinion signed by Schneider |
| 45J | 06-02-2011 Form 8-K re purported private stock sale by Mills of 38 million shares for $352,941 and Mills resignation |
| 45K | 05-26-2011 email from Chesnutt to S Sanders and McKelvey copying Monda re Form 8-K to be filed re name change and stock split |
| | **SERIES 46 - BCS Solutions (BCS)** |
| 46A | 10-25-2010 email from S Sanders to Schneider copying McKelvey and Monda requesting opinion to transfer agent |
| 46B | 03-10-2011 email string among S Sanders, Schneider, Chesnutt and Monda with S Sanders request for Schneider firm to prepare stock split application |
| 46C | 03-28-2011 Form 8-K as filed re stock split |
| 46D | 03-29-2011 email string among Schneider, S Sanders, McKelvey and Monda with S Sanders request for opinions from Schneider and attaching draft opinions for BCS Solutions and Game Face Gaming |
| 46E | 03-29-2011 email string among Schneider, S Sanders, McKelvey and Monda with S Sanders request for opinions from Schneider and attaching draft opinions for BCS Solutions and Game Face Gaming |
| 46F | 03-30-2011 email from Monda to S Sanders and McKelvey copying Schneider sending BCS Solutions and Game Face Gaming opinion letters |
| 46G | 04-01-2011 Opinion signed by Schneider addressed to BCS Solutions and Lubin, SEC Ex. 835 |
| 46H | 04-28-2011 email from Schneider to S Sanders re FINRA review of corporate actions |
| 46I | 12-14-2011 email string between S Sanders and Monda re status of 6 companies |
| 46J | 04-05-2011 Form 8-K as filed re purported private stock sale by Vorhies of 24 million shares for $230,000 and Vorhies resignation |
| 46K | Form S-1/A as filed with opinion letter signed by Schneider |
| 46L | 03-25-2011 email from Chesnutt to Guilbert copying Schneider, S Sanders and McKelvey attaching Form 8-K for filing with SEC re stock split |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| | **SERIES 47 - Blue Sun Media (BLES)** |
| 47A | 11-12-2010 email string among S Sanders, McKelvey, Schneider and Monda re forming a new company |
| 47B | 11-15-2010 Articles of Incorporation signed by Schneider |
| 47C | 03-03-2011 Form S-1/A as filed with opinion signed by Schneider |
| 47D | 05-02-2011 Notice of Effectiveness of Form S-1/A |
| 47E | 10-08-2012 email from S Sanders to Schneider copying McKelvey and Monda with attached Engagement Letter with CFO Support, Inc. |
| 47F | 10-10-2012 Engagement Letter with CFO Support, Inc. signed by Schneider as Escrow Agent |
| 47G | 11-02-2012 wire transfer detail for incoming $50,000 |
| 47H | 12-08-2016 Pearlman Schneider letter to SEC re 11-02-2012 $50,000 incoming wire disbursement |
| 47I | 11-05-2012 wire transfer detail for outgoing $10,155 |
| 47J | 11-05-2012 email string among S Sanders, McKelvey, Schneider and Monda with Sanders instructions for disbursement of $50,000 |
| 47K | 05-20-2013 Form 10-Q as filed |
| 47L | 06-24-2013 email string among S Sanders, McKelvey, Schneider and Monda with S Sanders instructions for disbursement of $312,000 |
| 47M | 06-25-2013 email string among S Sanders, McKelvey, Schneider and Monda with S Sanders instructions for disbursement of $301,500 |
| 47N | 06-28-2013 Form 8-K as filed re purported private stock sale by Travertini of 9 million shares for $263,167 and Travertini resignation |
| | **SERIES 48 Demonstratives** |
| 48A | Summary of Shell Company Names and Before and After Name Change and Sale Prices |
| | **SERIES 49 - Stock Price Movement and Press Release Summaries** |
| 49A | Entertainment Art-Bizooom Price Volume Press Releases |
| 49B | Entertainment Art-Bizooom Price Volume Promotions |
| 49C | Entertainment Art-Bizooom Retail Transactions |

| GOV. EX. # | DOCUMENT DESCRIPTION |
|---|---|
| 49D | Entertainment Art-Bizooom Highest Net Proceed Trading Summary |
| 49E | Entertainment Art-Bizooom Lowest Net Proceed Trading Summary |
| 49CC | mLight Highest Net Proceed Trading Summary |
| 49DD | mLight Lowest Net Proceed Trading Summary |
| 49EE | mLight Price Volume Press Releases |
| 49FF | mLight Price Volume Promotions |
| | **SERIES 50 and 51 Funds Transfer Summaries** |
| 50M | Chart - Benefit Solutions Outsourcing - Buckeye Oil Distributions Summary |
| 50P | Chart - mLight Tech Distributions Summary |
| 50Q | Chart - Blue Sun Media Distributions Summary |
| 50R | Chart - BlueFlash Communications Distributions Summary |
| 50Z | Schneider - Billing Record Exhibit 701 |
| 51C | Schneider - Distributions For 17 Shell Companies |
| 51E | Sheldon Rose Payment Summary: $245,269.17 from Schneider Trust Account |